| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00662 |
|---|---|---|---|

| KERRY LEE THOMAS |
|---|
| *versus* |
| ROBERT JOHNSON , ERIC BRUSS, WAYNE SCHULTZ, and THE ESTATE OF ROBERT JOHNSON |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brittany Francis<br>Civil Rights Corps<br>1601 Connecticut Ave NW, Ste. 800<br>Washington D.C. 20009<br>T: 317-777-8232 E: Brittany@civilrightscorps.org<br>New York Bar No. 5337555 |
|---|---|

| Name of party applicant seeks to appear for: | Kerry Lee Thomas |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/22/2023 | Signed: *Brittany Francis* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge