IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-00662 |
| § | |
| ROBERT JOHNSON, § | |
| ERIC M. BRUSS § | |
| WAYNE SCHULTZ, § | |
| And THE ESTATE OF ROBERT JOHNSON, § | |
|    *Defendants.* § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

      The undersigned attorney hereby enters an appearance as co-counsel for Defendants Eric M. Bruss and Wayne Schultz and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendants Bruss and Schultz. Counsel's contact information is as follows:

                Kathryn E. Vestal
                State Bar No. 24114818
                Southern District No. 3779788
                **THOMPSON & HORTON LLP**
                3200 Southwest Freeway, Suite 2000
                Houston, Texas 77027
                Telephone: (713) 554-6751
                kvestal@thompsonhorton.com

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: */s/ Kathryn E. Vestal*

    Celena Vinson,
    Attorney in Charge
    State Bar No. 24037651
    Southern District No. 2220428
    cvinson@thompsonhorton.com
    Kathryn E. Vestal
    State Bar No. 24114818
    Southern District No. 3779788
    kvestal@thompsonhorton.com
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Telephone: (713) 554-6742
    Facsimile: (713) 583-9611

**ATTORNEYS FOR DEFENDANTS BRUSS AND SCHULTZ**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2023, a true and correct copy of the foregoing document was electronically served on all counsel of record via the Court's CM/ECF system.

                                          Kathryn E. Vestal