# EXHIBIT B

Audit Spreadsheet

| audittype | tablename | primtabkey | primkey | fieldname | windowname | prevalue | postvalue | agency | addtime | adduser | addconsole | sys_audtid | entityname |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | LWMAIN | 0 | 2704559 | REVIEWDATE | RECVIEW | | 2/26/2021 8:34 | HCC1 | 2021-02-26 08:34:58.620 | KARINA.REYES | HCCN1-1302-501A | 43858346 | |
| D | LWMAIN | 0 | 2704559 | REVIEWID | RECVIEW | | 18351 | HCC1 | 2021-02-26 08:34:58.633 | KARINA.REYES | HCCN1-1302-501A | 43858347 | |
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | | Printed Incident Report to PDF file.Case # 210200266 Agency: HCC1 Report:  a full copy, with initial narrative, with all related supplements, with Related Case Reports with Investigative Leads Synopsis report.Diss. Log: Print an "Internal copy" of Offense Report for FUNCHESS_CYNTHIA, DAO. | DAO | 2021-02-26 10:40:37.557 | FUNCHESS_CYNTHIA | DAO-8LP6H02 | 43864566 | |
| MQ | LWMAIN | 2704559 | 2704559 | | | NULL | Mobile user, EMILIO.ONTIVEROSRIVE, viewed details of HCC1 Case # 210200266 (Sys # 2704559) | HCC1 | 2021-03-04 22:18:44.000 | EMILIO.ONTIVEROSRIVE | CN1-PAT-28176 | 44210376 | OSMCT |
| D | LWMAIN | 1716989 | 2704559 | CSSTATUS | LWCASEST | | Case Status Changed via Case Management Status. New Status: 3, Disposition: | HCSO | 2021-03-16 16:16:03.360 | GRODGERS | PD5-WS130 | 44869985 | |
| P | LWMAIN | 00:00.0 | 2704559 | | CASEREPO | | Sent Incident Report to the Printer.Case # 210200266 Agency: HCC1Report:  a full copy, with initial narrative, unedited version, with all related supplements.Diss. Log: Print a "Public Copy" of Offense Report for WHERR, HCC1. | HCC1 | 2023-01-11 16:15:36.890 | WHERR | PHCC1009 | 79922268 | |
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | | Sent Incident Report to the Printer.Case # 210200266 Agency: HCC1 Report:  with initial narrative, unedited version, with Related Case Reports.Diss. Log: Print an "Internal copy" of Offense Report for ERIC.GREENWOOD, HCC1. | HCC1 | 2023-03-01 14:57:50.383 | ERIC.GREENWOOD | IAD | 82197570 | |
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | | Sent Incident Report to the Printer.Case # 210200266 Agency: HCC1 Report:  a public copy, unedited version, with Related Case Reports with Investigative Leads Synopsis report. Diss. Log: Print an "Internal copy" of Offense Report for ERIC.GREENWOOD, HCC1. | HCC1 | 2023-03-01 15:01:39.690 | ERIC.GREENWOOD | IAD | 82199164 | |
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | | Sent Incident Report to the Printer. Case # 210200266 Agency: HCC1 Report:  a full copy, with initial narrative, unedited version, with all related supplements. Diss. Log: Print a "Public Copy" of Offense Report for WHERR, HCC1.  PIA request from Housotn Chronicle.  Eric Dexheimer | HCC1 | 2023-03-24 10:53:11.483 | WHERR | PHCC1009 | 83218165 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | Sent Incident Report to the Printer. Case # 210200266 Agency: HCC1 Report: a full copy, with initial narrative, with SSN, with all related supplements. Diss. Log: Print an "Internal copy" of Offense Report for SRIGDON, HCC1. | HCC1 | 2023-04-06 10:28:15.230 | SRIGDON | PHCC1044 | 83790456 |
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | Sent Incident Report to the Printer. Case # 210200266 Agency: HCC1 Report: a full copy, with initial narrative, unedited version, with all related supplements. Diss. Log: Print a "Public Copy" of Offense Report for WHERR, HCC1. CAO request through Thompsoon and Horton LLP--Celena Vinson | HCC1 | 2023-05-04 16:31:49.987 | WHERR | PHCC1009 | 84987350 |
| P | LWMAIN | 00:00.0 | 2704559 | | CASEREPO | Sent Incident Report to the Printer. Case # 210200266 Agency: HCC1 Report: a full copy, with initial narrative, unedited version, with all related supplements. Diss. Log: Print an "Internal copy" of Offense Report for WHERR, HCC1. Reprint | HCC1 | 2023-08-10 11:19:57.473 | WHERR | PHCC1009 | 89125252 |
| P | LWMAIN | 2704559 | 2704559 | | CASEREPO | Sent Incident Report to the Printer. Case # 210200266 Agency: HCC1 Report: a full copy, with initial narrative, with SSN, with all related supplements, with Related Case Reports with Investigative Leads Synopsis report. Diss. Log: Print an "Internal copy" of Offense Report for JMONCRIEF, HCC1. | HCC1 | 2023-08-14 08:36:30.050 | JMONCRIEF | PHCC1016 | 89255094 |
| D | LWMAIN | 2704559 | 2704559 | EXCLFREV | LWMAIN | .T. | HCC1 | 2023-08-14 09:14:26.250 | JMONCRIEF | PHCC1016 | 89255918 |
| D | LWMAIN | 2704559 | 2704559 | FOLLOWUP | LWMAIN | | HCC1 | 2023-08-14 09:14:26.283 | JMONCRIEF | PHCC1016 | 89255919 |