# EXHIBIT C

Summer 2023 Texts

5:47

**New Message**   Cancel

To: **Wayne Schultz**

Fri, Jul 7 at 6:00 PM

Don't really feel like talking bro... but I'm sure you heard by now and it's true

I'm sorry man, it's the departments loss. I just wanted to check on ya, if you need to bend someone's ear, I'm here. You got options man. Again sorry bro you deserved better.

Thanks brother

Thu, Jul 20 at 8:44 PM

Just checking on ya brother

BRUSS & SCHULTZ 000118

**5:47** 

## New Message                              Cancel

**To:** Wayne Schultz

*Fri, Jul 7 at 6:00 PM*

> Don't really feel like talking bro... but I'm sure you heard by now and it's true

> I'm sorry man, it's the departments loss. I just wanted to check on ya, if you need to bend someone's ear, I'm here. You got options man. Again sorry bro you deserved better.

> Thanks brother

*Thu, Jul 20 at 8:44 PM*

> Just checking on ya brother

> I'm solid bro

> Just waiting for the dust to settle and people to leave me alone and quit being jealous

> Good, fuck whoever is responsible for that news deal, completely irresponsible and hurtful

> My new Constable is being extremely supportive and has my

  Text Message 

       

5:48

**New Message**  Cancel

To: **Wayne Schultz**

**I'm solid bro**

**Just waiting for the dust to settle and people to leave me alone and quit being jealous**

Good, fuck whoever is responsible for that news deal, completely irresponsible and hurtful

**My new Constable is being extremely supportive and has my back thus far**

If it was someone here it just made the agency look bad and was not a fair accurate representation

**No it was bs**

Cool manI just wanted to check on you bro

**Thank ya brother**

Absolutely

Thu, Jul 27 at 2:00 PM

BRUSS & SCHULTZ 000120

5:48

**New Message**          Cancel

To: **Wayne Schultz**

> My new Constable is being extremely supportive and has my back thus far

>> If it was someone here it just made the agency look bad and was not a fair accurate representation

> No it was bs

>> Cool manI just wanted to check on you bro

> Thank ya brother

>> Absolutely

**Thu, Jul 27 at 2:00 PM**

>> Hey Brother, just checking on ya, I saw the latest news thing about you resigning from 6.. I'm disgusted that they made that news. Give me a call if you want.

**Sun, Jul 30 at 2:20 PM**

>> Hey brother, it's actually good but read this article.. finally the department says we were cleared

   Text Message  

       

BRUSS & SCHULTZ 000121

5:48

**New Message**     Cancel

To: **Wayne Schultz**

Sun, Jul 30 at 2:20 PM

Hey brother, it's actually good but read this article.. finally the department says we were cleared of any wrong doing.. sad it even needed to be mentioned but at least department stood up.

https://www.houstonchronicle.com/news/houston-texas/article/houston-kids-meet-dogs-learn-careers-animals-camp-18209265.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=share-by-email&utm_medium=email (https://www.houstonchronicle.com/news/houston-texas/article/houston-kids-meet-dogs-learn-careers-animals-camp-18209265.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=share-by-email&utm_medium=email)



Text Message

BRUSS & SCHULTZ 000122

5:48

New Message     Cancel

To: **Wayne Schultz**

Sun, Jul 30 at 2:20 PM

> Hey brother, it's actually good but read this article.. finally the department says we were cleared of any wrong doing.. sad it even needed to be mentioned but at least department stood up.
>
> https://www.houstonchronicle.com/news/houston-texas/article/houston-kids-meet-dogs-learn-careers-animals-camp-18209265.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=share-by-email&utm_medium=email (https://www.houstonchronicle.com/news/houston-texas/article/houston-kids-meet-dogs-learn-careers-animals-camp-18209265.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=share-by-email&utm_medium=email)



Text Message

5:48

**New Message** Cancel

To: Wayne Schultz

2:17
◂ Outlook

HOUSTON★CHRONICLE Subscribe | Sign In

SUBSCRIBE FOR 25¢! ACT NOW

Bruss was named in a lawsuit earlier this year after Sgt. Robert Johnson unleashed a K-9 on Kerry Lee Thomas, 36, an unarmed Black man. The suit alleges that Johnson and the other officers allowed the dog to lunge at Thomas' right arm. The 2021 K9 attack left Thomas with severe lacerations, puncture wounds, permanent scarring, persistent muscle damage and other impairments to his right arm, according to the lawsuit. He was unable to comment on the status of the lawsuit.

Harris County Precinct 1 spokesman Jeff McShan said Bruss and the other officers were cleared of any wrongdoing after an investigation.

**SUMMER VOLUNTEERS**: 3 ways Houston families can volunteer this summer

Back to School with Big Dreams SCHEDULE A TOUR

houstonchronicle.com

Tue, Aug 8 at 7:08 PM

Any word on our case?

Not heard anything, have you spoken to the lawyer?

No

I need that behind me.. its the thorn in my side

Text Message

5:48

**New Message**  Cancel

To: **Wayne Schultz**

> No

> I need that behind me.. its the thorn in my side

>> I agree, Greenwood from I/A called me yesterday about that case asking if I knew the name of the other guy arrested, I told him I didn't, he said they never filed a complaint so he didn't have it and said he was having trouble pulling up the report. So not sure what that was about. He didn't sound like it was an issue but I have no clue.

> Well that's great... they need to let shit go

>> Not sure why the lawyer hasn't called you back. I do now know that there was no radio traffic recorded for that entire day according to Herr

> Well that's crazy

Thu, Aug 10 at 10:50 AM

> I think there may be some fuckery going on

5:49

New Message — Cancel

To: **Wayne Schultz**

*Wed, Aug 16 at 4:05 PM*

I'm in class.. everything good

> Well the judge did not find in our favor and they are still basing things off bad information

Well then trial we shall go huh

> From what I read judge seems to have already made her decision literally writing we had ample opportunities to stop Johnson and his dog and that we don't get qualified immunity... judge referred to the incident is two people making noise

We were two people making noise

?

> No that we merely over reacted to a call over two people making noise

Oh

> Never referred to it as what it was

5:49

**New Message**     Cancel

To: **Wayne Schultz**

> We were two people making noise

> ?

>> No that we merely over reacted to a call over two people making noise

> Oh

>> Never referred to it as what it was dispatched a weapons complaint

> There's no way we should be found guilty of anything

> Stupid

>> I just read the entire decision and not one thing the judge said is in our favor, finding everything the plaintiffs allege, we did based on Johnson's video

> I can't see how they can win against what we did or did not do

>> I have no clue it blows my mind, literally says we should have stopped the dog, we should have

Text Message

BRUSS & SCHULTZ 000127

5:49

**New Message**   Cancel

To: **Wayne Schultz**

> I have no clue it blows my mind, literally says we should have stopped the dog, we should have handcuffed him while the dog was on the bite to minimize the damage.. you lied when talking to the DA and your account was clearly contrary to the video... I'm speechless I have a call into her she said she was going to call me back

Ok

> Sorry to be the bearer of bad news, I'm stunned at what the judge wrote

I'm not sweating it

> I am, I know I shouldn't but fuck if they are not going to judge us on what actually happened we are fucked

I think Celina is all over it

Wed, Aug 16 at 8:12 PM

> HCSO has a deputy down, shot in head on traffic stop. District II

5:49

**New Message**   Cancel

To: **Wayne Schultz**

> I have no clue it blows my mind, literally says we should have stopped the dog, we should have handcuffed him while the dog was on the bite to minimize the damage.. you lied when talking to the DA and your account was clearly contrary to the video... I'm speechless I have a call into her she said she was going to call me back

Ok

> Sorry to be the bearer of bad news, I'm stunned at what the judge wrote

I'm not sweating it

> I am, I know I shouldn't but fuck if they are not going to judge us on what actually happened we are fucked

I think Celina is all over it

Wed, Aug 16 at 8:12 PM

> HCSO has a deputy down, shot in head on traffic stop. District II