# EXHIBIT i

Correspondence Re Protective Order



Shirley LaVarco <shirley@civilrightscorps.org>

## Bruss & Schultz Response to Plaintiff's RFPs

**Celena Vinson** <cvinson@thompsonhorton.com>  Thu, Oct 26, 2023 at 3:03 PM
To: Shirley LaVarco <shirley@civilrightscorps.org>

Shirley-sorry I missed your call. I tried to call you back. Please try me again. Thanks.

---

**From:** Shirley LaVarco <shirley@civilrightscorps.org>
**Sent:** Thursday, October 26, 2023 9:08 AM
**To:** Celena Vinson <cvinson@thompsonhorton.com>
**Cc:** Brittany Francis <brittany@civilrightscorps.org>; Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>; Kathryn Vestal <KVestal@thompsonhorton.com>; Linda Price <lprice@thompsonhorton.com>
**Subject:** Re: Bruss & Schultz Response to Plaintiff's RFPs

Celena,

Now that the agreed protective order has been filed, would you commit to producing the remaining documents by EOD today, so that there is sufficient time to review them in advance of Defendants' depositions? As you know, we are based on the east coast and traveling to Houston to review them would be unduly burdensome, especially with trial set in April.

Thanks,

Shirley

**Shirley LaVarco** | Attorney

*she/her/hers*

(202) 932-1270

**Civil Rights Corps**

*1601 Connecticut Avenue NW, Suite 800*

*Washington, D.C. 20009*

***Admitted to practice in the District of Columbia.***

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

On Wed, Oct 18, 2023 at 7:10 PM Celena Vinson <cvinson@thompsonhorton.com> wrote:

> Dear Counsel,
>
> Attached please find the responses and objections to your client's request for productions. Until we agree on a protective order, I cannot produce a bulk of the responsive documents. The documents that do not contain sensitive and confidential information are contained in the attached folder. In an effort to provide you with information you requested, we have produced ALL of the recordings without redactions. However, we will be seeking protection of private information and video recordings portraying victims/ reportees or members of the public. Please advise if you are opposed or unopposed to an order that protects this information.
>
> Thomas v. Johnson et al. Discovery Production
>
> Please let me know if you have any questions or wish to discuss.
>
> *Celena Vinson, Counsel*
> *3200 Southwest Freeway, Suite 2000*
> *Houston, Texas 77027*
> *T: 713.554.6742*
> cvinson@thompsonhorton.com  |  www.thompsonhorton.com
>
> 
>
> CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.