# EXHIBIT ii

Correspondence Re Plaintiff's Discovery Responses



Shirley LaVarco <shirley@civilrightscorps.org>

---

## Discovery Issues

**Shirley LaVarco** <shirley@civilrightscorps.org>　　　　　　　　　　　　　　　　　　Thu, Jan 11, 2024 at 6:56 PM
To: Celena Vinson <cvinson@thompsonhorton.com>
Cc: Kathryn Vestal <KVestal@thompsonhorton.com>, Linda Price <lprice@thompsonhorton.com>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>, Brittany Francis <brittany@civilrightscorps.org>

Dear Counsel,

Please see attached for Plaintiff's response to your January 3 letter. You should receive a link to download Plaintiff's supplemental productions shortly, via Everlaw. We hope that this letter will remedy your concerns in full. But should you have any further questions or concerns, we are happy to discuss them by phone or email.

Best,
Shirley

**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
**Civil Rights Corps**
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
**Admitted to practice in the District of Columbia.**

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

On Wed, Jan 10, 2024 at 4:57 PM Celena Vinson <cvinson@thompsonhorton.com> wrote:

> Shirley,
>
> You do not need to send us documents that we produced in our production.
>
> Thanks,
>
> Celena
>
> ---
>
> **From:** Shirley LaVarco <shirley@civilrightscorps.org>
> **Sent:** Wednesday, January 10, 2024 3:44 PM
> **To:** Celena Vinson <cvinson@thompsonhorton.com>; Kathryn Vestal <KVestal@thompsonhorton.com>; Linda Price <lprice@thompsonhorton.com>
> **Cc:** Jeff Stein <jeff@civilrightscorps.org>; Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>; Brittany Francis <brittany@civilrightscorps.org>
> **Subject:** Re: Discovery Issues

Dear Counsel,

We expect to have complete responses to the concerns raised in your January 3 letter no later than January 12. We will produce records from third parties to which Defendants have equal or superior access to (e.g., Harris County Animal Control Reports). But could you please clarify whether you are also requesting Plaintiff's copies of documents that Defendants have already produced in discovery (e.g., Defendants' incident reports and footage from their body-worn cameras)? Creating that sort of duplicative production would waste time and resources, and unnecessarily inflate the cost of litigating this case.

Best,
Shirley

**Shirley LaVarco** | Attorney

*she/her/hers*

(202) 932-1270

**Civil Rights Corps**

*1601 Connecticut Avenue NW, Suite 800*

*Washington, D.C. 20009*

**Admitted to practice in the District of Columbia.**

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

On Thu, Jan 4, 2024 at 2:32 PM Shirley LaVarco <shirley@civilrightscorps.org> wrote:

> Dear Counsel,
>
> I realized belatedly that Brittany was not copied on this email. Please copy her on future communications.
>
> Best,
> Shirley
>
> **Shirley LaVarco** | Attorney
>
> *she/her/hers*
>
> (202) 932-1270
>
> **Civil Rights Corps**
>
> *1601 Connecticut Avenue NW, Suite 800*
>
> *Washington, D.C. 20009*
>
> **Admitted to practice in the District of Columbia.**
>
> Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

On Thu, Jan 4, 2024 at 2:29 PM Shirley LaVarco <shirley@civilrightscorps.org> wrote:

> Dear Counsel,
>
> We are in receipt of your letter and will respond as soon as possible.
>
> Best,
>
> Shirley
>
> **Shirley LaVarco** | Attorney
>
> *she/her/hers*
>
> (202) 932-1270
>
> <u>Civil Rights Corps</u>
>
> *1601 Connecticut Avenue NW, Suite 800*
>
> *Washington, D.C. 20009*
>
> **Admitted to practice in the District of Columbia.**
>
> Notice:
>
> The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.
>
> On Wed, Jan 3, 2024 at 12:03 PM Celena Vinson <cvinson@thompsonhorton.com> wrote:
>
>> Dear Counsel,
>>
>> Please see the attached letter regarding your deficient discovery responses.
>>
>> We look forward to your response.



*Celena Vinson, Counsel*
*3200 Southwest Freeway, Suite 2000*
*Houston, Texas 77027*
*T: 713.554.6742*
cvinson@thompsonhorton.com  |  www.thompsonhorton.com

CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.

**2024.01.11 Pl's Response to Defs' Jan. 3 Deficiency Ltr.pdf**
693K