# EXHIBIT v

September 2023 Correspondence re ESI Order

Gmail    Shirley LaVarco <shirley@civilrightscorps.org>

## Response Requested: Proposed Discovery Schedule
6 messages

**Shirley LaVarco** <shirley@civilrightscorps.org>    Fri, Sep 15, 2023 at 5:36 PM
To: Celena Vinson <cvinson@thompsonhorton.com>
Cc: Linda Price <lprice@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>

Celena,

I hope you are well. I wanted to touch base and hopefully carve out a more detailed discovery timeline. The court set dates for dispositive motions, the joint pretrial order, motions in limine, and trial. But given the condensed timeline, we thought it might be more efficient to agree on a few other dates. Here is what we'd propose:

| | |
|---|---|
| Plaintiff's expert disclosures | Nov. 10, 2023 |
| Defendants' expert disclosures | Dec. 6, 2023 |
| Close of discovery | Jan. 26, 2024 |
| Dispositive motions | Jan. 29, 2024 |
| Pretrial disclosures | Mar. 4, 2024 |
| Joint pretrial order & motions *in limine* | Mar. 29, 2024 |
| Docket call for trial | Apr. 5, 2024 |

Please let me know if the above dates work for you or if you have any revisions. Once we nail down dates, I'd also ask the court to enter the consent proposed order regarding ESI. I've attached it here again for reference.

Best,
Shirley


**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
**Civil Rights Corps**
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
**Admitted to practice in the District of Columbia.**

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

📎 **Dkt. 21-1 Consent Proposed Order Regarding ESI.pdf**
163K

**Celena Vinson** <cvinson@thompsonhorton.com>  Mon, Sep 18, 2023 at 10:03 AM
To: Shirley LaVarco <shirley@civilrightscorps.org>
Cc: Linda Price <lprice@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>

Yes, good idea!

I am good with this *if* we move the defendant's expert deadline to December 15th and close discovery on January 19th. Alternatively, we could agree to the following:

Plaintiff's expert deadline November 1st

Defendant's expert deadline December 8th

Discovery deadline January 19th

This gives us a little more time for depositions.

Thanks,

Celena Vinson, Counsel
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
T: 713.554.6742
cvinson@thompsonhorton.com  |  www.thompsonhorton.com



CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.

[Quoted text hidden]

---

**Shirley LaVarco** <shirley@civilrightscorps.org>  Tue, Sep 19, 2023 at 4:40 PM
To: Celena Vinson <cvinson@thompsonhorton.com>
Cc: Linda Price <lprice@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>

Thanks, Celena. We're willing to move your expert disclosure deadline to 12/15 (keeping ours as 11/10). As for close of discovery, your proposal wouldn't quite work on our end, because it wouldn't allow us enough time to serve and receive responses to additional discovery requests after deposing Defendants' expert. However, we can agree to close discovery on 1/19, if you agree to an exception (until 1/26) exclusively to allow us to serve (and receive responses to) discovery requests arising from Defendants' expert's deposition testimony. If you are not willing to agree to that condition, we're

having trouble seeing a way to close discovery before 1/26. Please let me know if that sounds workable.

**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
<u>**Civil Rights Corps**</u>
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
***Admitted to practice in the District of Columbia.***

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

[Quoted text hidden]

---

**Celena Vinson** <cvinson@thompsonhorton.com>   Wed, Sep 20, 2023 at 11:19 AM
To: Shirley LaVarco <shirley@civilrightscorps.org>
Cc: Linda Price <lprice@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>

Shirley,

I am good with your proposal below to allow limited discovery after January 19th. Please forward the proposed order so that I can review.

Thank you,

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
>
> Celena Vinson, Counsel
> 3200 Southwest Freeway, Suite 2000
> Houston, Texas 77027
> T: 713.554.6742
> cvinson@thompsonhorton.com  |  www.thompsonhorton.com
>
> CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.
>
> [Quoted text hidden]

**Shirley LaVarco** <shirley@civilrightscorps.org>  Wed, Sep 20, 2023 at 2:38 PM
To: Celena Vinson <cvinson@thompsonhorton.com>
Cc: Linda Price <lprice@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>

Great. Thanks for helping to hash this out. Please see attached for a draft motion and proposed order.


**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
<u>Civil Rights Corps</u>
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
**Admitted to practice in the District of Columbia.**

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

[Quoted text hidden]

**6 attachments**

**image001.png**
1K



**image002.png**
22K

**image001.png**
1K



**image002.png**
22K

**2023.09.20_Consent Proposed Docket Control Order.docx**
28K

 **2023.09.20 Consent Mtn to Enter Consent Proposed Orders Re Scheduling & Production of ESI.docx**
22K

---

**Celena Vinson** <cvinson@thompsonhorton.com>  Wed, Sep 20, 2023 at 4:16 PM
To: Shirley LaVarco <shirley@civilrightscorps.org>
Cc: Linda Price <lprice@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>

I agree to the motion and order on behalf of my clients.

[Quoted text hidden]