# EXHIBIT vi

July 2023 Correspondence re ESI Order



Shirley LaVarco <shirley@civilrightscorps.org>

## TIME SENSITIVE Response Needed by 5pm Today
1 message

---

**Shirley LaVarco** <shirley@civilrightscorps.org>   Tue, Jul 18, 2023 at 12:17 PM
To: Celena Vinson <cvinson@thompsonhorton.com>, Linda Price <lprice@thompsonhorton.com>
Cc: Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>, Cassidy Kristal-Cohen <cassidy@civilrightscorps.org>, Priyanka Shetty <priyanka@civilrightscorps.org>

Hello Celena,

We plan to file the attached ESI protocol by 9am CT tomorrow. Our proposal is designed to minimize discovery disputes and conserve resources for both the parties and the court. We first sent it to you last week and referenced it again in our email to you and Ms. Price yesterday. We will understand that you have no revisions unless we hear otherwise before 5pm today.

Thank you,
Shirley


**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
**Civil Rights Corps**
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
***Admitted to practice in the District of Columbia.***


Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

---

 **Consent Proposed Order Regarding ESI.docx**
21K



Shirley LaVarco <shirley@civilrightscorps.org>

## URGENT response needed before 3PM
5 messages

---

**Shirley LaVarco** <shirley@civilrightscorps.org>  Fri, Jul 14, 2023 at 3:38 PM
To: Linda Price <lprice@thompsonhorton.com>
Cc: Celena Vinson <cvinson@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

Hello Linda,

It is my understanding that Celena is out of the office. However, we have a joint filing deadline this evening. We intend to reach out to the court shortly to see whether it will indulge a brief extension. But if it's at all possible to resolve this beforehand, please reach out right away. My number is (202) 932-1270.

Thank you,
Shirley

**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
<u>**Civil Rights Corps**</u>
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
**Admitted to practice in the District of Columbia.**


Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

---

**Linda Price** <lprice@thompsonhorton.com>  Mon, Jul 17, 2023 at 2:45 PM
To: Shirley LaVarco <shirley@civilrightscorps.org>
Cc: Celena Vinson <cvinson@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

Ms. LaVarco:


Attached is the Joint Discovery/Case Management Plan with Defendants' edits.


Regards,


Linda Price

**Linda Price**  |
Legal Assistant to Lisa A. Brown, Christopher B. Gilbert,

Celena C. Vinson, Ryan H. Newman, Matthew A. Reed,

and Melissa A. Mihalick



3200 Southwest Freeway, Suite 2000 - Houston, Texas 77027
Main: 713.554.6767  |  Direct: 713.554.6755
lprice@thompsonhorton.com  |  www.thompsonhorton.com

 CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.

[Quoted text hidden]

---

📄 **edits - draft joint discovery and case management plan.docx**
38K

---

**Shirley LaVarco** <shirley@civilrightscorps.org>                    Mon, Jul 17, 2023 at 3:41 PM
To: Linda Price <lprice@thompsonhorton.com>
Cc: Celena Vinson <cvinson@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

Ms. Price,

Thank you for getting this to us. We will incorporate your proposed changes and file this with the court by tomorrow morning. Can you also let us know by end of day if you had any revisions to the proposed ESI protocol that we sent on Wednesday? If not, we'll file that as well.

Best,
Shirley
[Quoted text hidden]

---

**2 attachments**

**image001.png**
1K



**image002.png**
22K

---

**Linda Price** <lprice@thompsonhorton.com>                         Tue, Jul 18, 2023 at 12:39 PM
To: Shirley LaVarco <shirley@civilrightscorps.org>
Cc: Celena Vinson <cvinson@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

Ms. LaVarco:

Defendants need more time to designate experts after Plaintiff's designation, especially because of the holidays. We would like to push our designation back two weeks, to January 2, 2024, which would move your designation of rebuttal experts back two weeks to January 30, 2024. All other dates are fine. Please let us know if this is agreeable.

Regards,

Linda

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
>
> **Linda Price** |
> Legal Assistant to Lisa A. Brown, Christopher B. Gilbert,
>
> Celena C. Vinson, Ryan H. Newman, Matthew A. Reed,
>
> and Melissa A. Mihalick
>
> 3200 Southwest Freeway, Suite 2000 - Houston, Texas 77027
> Main: 713.554.6767   |   Direct: 713.554.6755
>
> lprice@thompsonhorton.com   |   www.thompsonhorton.com
>
> 
>
> CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges.  Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.
>
> [Quoted text hidden]

---

**Shirley LaVarco** <shirley@civilrightscorps.org>   Tue, Jul 18, 2023 at 1:30 PM
To: Linda Price <lprice@thompsonhorton.com>
Cc: Celena Vinson <cvinson@thompsonhorton.com>, Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

We certainly understand that and do not object. I'll make those changes before filing.

Best,
Shirley

**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
**Civil Rights Corps**
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
***Admitted to practice in the District of Columbia.***

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby

notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

[Quoted text hidden]

 Shirley LaVarco <shirley@civilrightscorps.org>

## Proposed Discovery/Case Management Plan—Filing Deadline of 7/14
2 messages

---

**Shirley LaVarco** <shirley@civilrightscorps.org>  Wed, Jul 12, 2023 at 2:19 PM
To: Celena Vinson <cvinson@thompsonhorton.com>, Linda Price <lprice@thompsonhorton.com>
Cc: Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

Dear Counsel,

Please see attached for a draft proposed discovery/case management plan for your review. It must be filed with the court by July 14, 2023. For your convenience, I have highlighted the portions you will need to fill in. Please make any proposed revisions in track changes and/or comments. I have also attached a proposed ESI protocol for your review, designed to minimize discovery disputes and conserve resources for both the parties and the court.

If you disagree with or want to discuss any portions of either draft, please just let us know so we can address before our deadline.

I will follow up with a draft proposed order implementing the discovery plan later today.

Best,
Shirley


**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
<u>**Civil Rights Corps**</u>
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
**Admitted to practice in the District of Columbia.**


Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

---

**2 attachments**

 **draft joint discovery and case management plan.docx**
29K

 **Consent Proposed Order Regarding ESI.docx**
21K

---

**Shirley LaVarco** <shirley@civilrightscorps.org>  Wed, Jul 12, 2023 at 9:13 PM
To: Celena Vinson <cvinson@thompsonhorton.com>, Linda Price <lprice@thompsonhorton.com>
Cc: Brittany Francis <brittany@civilrightscorps.org>, Jeff Stein <jeff@civilrightscorps.org>

Celena,

Please see attached for the draft proposed scheduling and docket control order.

Best,
Shirley

**Shirley LaVarco** | Attorney
*she/her/hers*
(202) 932-1270
<u>**Civil Rights Corps**</u>
*1601 Connecticut Avenue NW, Suite 800*
*Washington, D.C. 20009*
***Admitted to practice in the District of Columbia.***

Notice:

The contents of this email and any attachments to it contain confidential or legally privileged information from Civil Rights Corps. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.

[Quoted text hidden]

---

 **Proposed Docket Control Order.docx**
28K