# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Kerry Lee Thomas

v.  Case Number: 4:23−cv−00662

Keith Morris, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 12/17/2024 at 02:30 PM before Judge Lee H Rosenthal, by video.

Date: November 20, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk
