Case 4:23-cv-00662   Document 91   Filed on 01/02/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ERIC M. BRUSS,<br>WAYNE SCHULTZ,<br>and KEITH MORRIS, in his capacity as Temporary Dependent Administrator of the Estate of Robert Johnson,<br><br>　　　　　　　　Defendants. | Case No. 4:23-cv-00662 |

**SEVENTH AMENDED SCHEDULING AND DOCKET CONTROL ORDER AND ORDER COMPELLING THE DEPOSITION OF JAMES C. MONCRIEF**

Having heard from Counsel for the Parties and for the deponent, James C. Moncrief, the Court **HEREBY ORDERS** Mr. Moncrief to appear for a deposition via Zoom on January 23, 2025 at 9:00 a.m. Central Time. **IT IS FURTHER ORDERED** that all pretrial deadlines shall be extended by 60 days, as follows:

| | | |
|---|---|---|
| 1. | February 14, 2025 | **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**<br>The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| | March 21, 2025 | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 2. | March 25, 2025 | **MEDIATION**<br>Mediation or other form of dispute resolution must be completed by this deadline. |
| 3. | March 25, 2025 | **COMPLETION OF DISCOVERY**<br>Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. |
| 4. | April 4, 2025 | **PRETRIAL DISPOSITIVE MOTIONS DEADLINE** |

| | | 
|---|---|
| | No motion may be filed after this date except for good cause. |
| 5. June 6, 2025 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 6. June 13, 2025 | **DOCKET CALL**<br>Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

SIGNED on 01/02/2025, at Houston, Texas.

    **Lee H. Rosenthal**
    United States District Judge