United States District Court
Southern District of Texas
**ENTERED**
January 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-23-0662 |
| § | |
| ERIC M. BRUSS, *et al.*, § § | |
| Defendant. § | |

# EIGHTH AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following amended schedule:

1. March 14, 2025 — **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

   The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

   April 21, 2025 — The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2. April 25, 2025 — **MEDIATION**

   Mediation or other form of dispute resolution must be completed by this deadline.

3. April 25, 2025        **COMPLETION OF DISCOVERY**

   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

4. May 4, 2025          **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**

   No motion may be filed after this date except for good cause.

5. July 7, 2025         **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**

   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

6. July 15, 2025        **DOCKET CALL**

   Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

SIGNED on January 29, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge