**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Kerry Lee Thomas

v.                                                    Case Number: 4:23−cv−00662

Keith Morris, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN**
**SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 3/17/2025 at 09:30 AM before Judge Lee H Rosenthal, by video.

Date: March 3, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk