# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Kerry Lee Thomas

v.  Case Number: 4:23−cv−00662

Keith Morris, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 4/8/2025 at 01:30 PM before Judge Lee H Rosenthal, by video.

Date: April 7, 2025

Nathan Ochsner, Clerk, Clerk<br>
s/ 4 GlendaHassan, Deputy Clerk