# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Kerry Lee Thomas

v.  Case Number: 4:23–cv–00662

Keith Morris, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/8/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Pre–Motion Conference

Date:   April 8, 2025

Nathan Ochsner, Clerk