# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Kerry Lee Thomas

v.                                                    Case Number: 4:23−cv−00662

Keith Morris, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/24/2025

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Telephone Conference


Date:   April 18, 2025

                                                                Nathan Ochsner, Clerk