## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC M. BRUSS,<br>WAYNE SCHULTZ,<br>and KEITH MORRIS in his capacity as<br>Temporary Dependent Administrator of the<br>Estate of Robert Johnson,<br><br>      Defendants. | Case No. 4:23-cv-00662 |

### JOINT MOTION FOR CONTINUANCE AND
### ENTRY OF TENTH AMENDED DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Kerry Lee Thomas, and Defendants Eric M. Bruss and Wayne Schultz file this Joint Motion for Continuance and Entry of Tenth Amended Docket Control Order.

**I.**

This case is currently set for docket call on October 27, 2025, with a pretrial dispositive motion deadline of August 8, 2025, and mediation and discovery to be completed by July 28, 2025. The parties request that the Court continue the discovery deadline as well as the pretrial dispositive motions deadline by two weeks and enter the new Docket Control Order ("DCO") attached as Exhibit A.

**II.**

The parties have exchanged expert disclosures and have started deposing expert witnesses. Plaintiff is scheduled to depose Defendants' expert witness on July 31, 2025, the earliest date that the

expert was available for a deposition. Because the parties need more time to complete depositions and receive transcripts prior to submitting dispositive motions, the parties request that the Court enter a Tenth Amended DCO. The remainder of the deadlines can stay the same including the date for docket call.

**III.**

A continuance will not prejudice any party. This motion is not sought for delay only, but so that justice may be done.

**PRAYER**

For the reasons stated above, the Parties respectfully request this Honorable Court grant this Joint Motion for Continuance and enter the attached Tenth Amended Docket Control Order.

Respectfully submitted,

**Thompson & Horton LLP**

By:    /s/ Celena Vinson
          Celena Vinson
          State Bar No. 24037651
          cvinson@thompsonhorton.com
          Alexa T. Gould
          State Bar No. 24109940
          agould@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6742
Fax: (713) 583-8884

**ATTORNEYS FOR DEFENDANTS**
**BRUSS AND SCHULTZ**

/s/ Shirley LaVarco
Shirley LaVarco (*pro hac vice*)*
shirley@peoplescounsel.org
Brittany Francis (*pro hac vice*)†
brittany@peoplescounsel.org
Phone:  1-713-487-9809
* Admitted to practice in the District of Columbia (Bar No. 90005167).
† Admitted to practice in New York (Bar No. 5337555) and the District of Columbia (Bar No. 90008960)

Alessandro Clark-Ansani
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Telephone: (202) 844-4975
alessandro@civilrightscorps.org
**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

On July 10, 2025, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Celena Vinson*
Celena Vinson