**Glenda Hassan**

| | |
|---|---|
| **From:** | Shirley LaVarco <shirley@peoplescounsel.org> |
| **Sent:** | Friday, July 11, 2025 12:52 PM |
| **To:** | Jason Marchand |
| **Cc:** | Glenda Hassan; Brittany Francis; Alessandro Clark-Ansani; Cassidy Kristal-Cohen; Celena Vinson; Alexa Gould; Linda Price |
| **Subject:** | Mediation in 4:23-CV-662 - Thomas v. Bruss et al |

**CAUTION - EXTERNAL:**

Dear Mr. Marchand:

I represent Plaintiff Kerry Thomas in Thomas v. Bruss, currently scheduled for mediation with Judge Bray on August 1. Defendants' Counsel recently informed us that her clients are no longer interested in mediation. Please let us know if you need anything further from us.

Sincerely,
Shirley

--

**Shirley LaVarco,** Attorney (she/her)



shirley@peoplescounsel.org
phone: +1 713-487-9809
**www.peoplescounsel.org**

*NOTICE: The contents of this email and any attachments to it contain confidential or legally privileged information from Peoples' Counsel. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.