# Exhibit B

```
 1              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3
    KERRY LEE THOMAS,                    *
 4                                       *
                     Plaintiff,          *
 5                                       *
    v.                                   * Case No. 4:23-cv-00662
 6                                       *
    ERIC M. BRUSS, WAYNE SHULTZ,         *
 7  and KEITH MORRIS, in his             *
    capacity as Temporary Defendant      *
 8  Administrator of the Estate of       *
    Robert Johnson,                      *
 9                                       *
                     Defendants.         *
10

11
               **********************************
12                     THE ORAL VIDEOTAPED
                         DEPOSITION OF
13                      ERIC M. BRUSS
                       MARCH 20, 2024
14             **********************************

15

16      ORAL VIDEOTAPED DEPOSITION OF ERIC M. BRUSS,

17  produced as a witness at the instance of the PLAINTIFF,

18  and duly sworn, was taken in the above-styled and

19  numbered cause on the 20th of March, 2024, from

20  10:16 a.m. to 7:59 p.m., before Debbie Boothe, CSR, in

21  and for the State of Texas, reported by machine

22  shorthand at a Conference Room at 9600 Long Point Road,

23  Houston, Texas 77055, pursuant to the Federal Rules of

24  Civil Procedure and the provisions stated in the record

25  or attached hereto.
```

A P P E A R A N C E S

FOR THE PLAINTIFF:

    Ms. Shirley LaVarco
    Ms. Brittany Francis
    Civil Rights Corps
    1601 Connecticut Avenue NW, Suite 800
    Washington, D.C.  20009
    (202) 844-4975
    shirley@civilrightscorps.org
    brittany@civilrightscorps.org


FOR THE DEFENDANTS:

    Ms. Celena Vinson
    Ms. Kathryn Vestal
    Thompson & Horton, LLP
    3200 Southwest Freeway
    Houston, Texas  77027
    (713) 554-6742
    cvinson@thompsonhorton.com
    kvestal@thompsonhorton.com


THE VIDEOGRAPHER:

    Mr. Jose Carranza
    Lexitas-Premier VIP


OTHER APPEARANCES:

    Mr. Wayne Schultz
    Mr. Carl Shaw


            \* \* \* \* \* \*

```
                                                               3
 1                              INDEX
 2
 3   WITNESS:  ERIC M. BRUSS
 4                                                           PAGE
 5   Appearances                                                2
 6   Examination by Ms. Shirley LaVarco                         6
 7        10:16 a.m. - 11:13 a.m.
 8        11:26 a.m. - 11:37 a.m.
 9        11:38 a.m. - 12:33 p.m.
10        12:41 p.m. - 12:55 p.m.
11        2:04 p.m. - 3:19 p.m.
12        3:28 p.m. - 3:33 p.m.
13        3:44 p.m. - 4:55 p.m.
14        5:11 p.m. - 6:10 p.m.
15        6:21 p.m. - 7:01 p.m.
16        7:15 p.m. - 7:55 p.m.
17   Examination by Ms. Celena Vinson                         298
18         7:55 p.m. - 7:56 p.m.
19   Further Examination by Ms. Shirley LaVarco               301
20        7:59 p.m. - 7:59 p.m.
21   Changes and Signature                                    302
22   Reporter's Certificate                                   304
23
24                      *    *    *    *    *
25
```

214

1  like how it get's portrayed on the news and stuff.  That
2  is not a fair, accurate representation.
3       Q.  What specifically did you see in the footage
4  that justified the use of force?
5       A.  His noncompliance.  He's an un-searched suspect
6  on a weapons call.
7       Q.  Can you describe his noncompliance?
8       A.  Sure.  He was told multiple times stay in the
9  car; he failed to stay in the car.  He was told to get
10 up; he refused to get up.  All those things trying to
11 lure us from a position of cover to move up on a vehicle
12 that is un-searched and I don't know if there's another
13 suspect in there.
14      Q.  Do you assume that everyone is armed?
15      A.  That is a fair assumption in 2024 with the
16 number of police officers that have been killed in the
17 line of duty.  That doesn't mean we take direct action.
18 But we are conscious that every single person has the
19 potential for violence.
20      Q.  Did you have a specific reason to believe that
21 Mr. Thomas was armed?
22      A.  Yes.
23      Q.  What was that reason?
24      A.  I was told he was armed --
25      Q.  Who told you?

1       A.   -- they were armed.

2            The dispatch.

3       Q.   Who is "they"?

4       A.   I don't know which dispatcher it was.  You're
5  going to have to check that.

6       Q.   I apologize.  Who -- who did dispatch tell you
7  was armed?

8       A.   The suspects, and then later the homeowner.

9       Q.   Okay.  I'd like to back up --

10      A.   Sure.

11      Q.   -- and begin with your account of what happened
12 from the time you got the dispatch communications to the
13 time after the dog was unleashed.

14      A.   Sure.

15      Q.   Can you walk me through what happened?

16           MS. VINSON:  Object to form.

17      A.   So I received a call, as did everyone -- it was
18 a hot tone call, Priority One call -- of a weapons
19 disturbance.  As I started to leave where I was at, I
20 got on the radio and I said "1 King 17.  Is it the
21 suspects that are armed or the homeowner?"  And dispatch
22 returned and said "The suspects."

23           At that point I turned my lights on and
24 began my response.  The way the camera system works is
25 there is a pre-event capture period.  When I turn my

```
1                  UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
2                         HOUSTON DIVISION

3
   KERRY LEE THOMAS,               *
4                                  *
              Plaintiff,           *
5                                  *
   v.                              * Case No. 4:23-cv-00662
6                                  *
   ERIC M. BRUSS, WAYNE SHULTZ,    *
7  and KEITH MORRIS, in his        *
   capacity as Temporary Defendant *
8  Administrator of the Estate of  *
   Robert Johnson,                 *
9                                  *
              Defendants.          *
10

11                   REPORTER'S CERTIFICATION
                  ORAL VIDEOTAPED DEPOSITION OF
12                       ERIC M. BRUSS
                         MARCH 20, 2024
13

14         I, Debbie Boothe, Certified Shorthand Reporter

15  in and for the State of Texas, hereby certify to the

16  following:

17         That the witness, ERIC M. BRUSS, was duly

18  sworn by the officer and that the transcript of the oral

19  deposition is a true record of the testimony given by

20  the witness;

21         I further certify that pursuant to FRCP Rule

22  30(f)(1) that the signature of the deponent:

23         __XX___ was requested by the deponent or a party

24  before the completion of the deposition and returned

25  within 30 days from date of receipt of the transcript.
```

1  If returned, the attached Changes and Signature Page
2  contains any changes and the reasons therefor;
3         _____ was not requested by the deponent or a
4  party before the completion of the deposition.
5         I further certify that I am neither attorney
6  nor counsel for, related to, nor employed by any of the
7  parties to the action in which this testimony was taken.
8  Further, I am not a relative or employee of any attorney
9  of record in this cause, nor am I financially or
10 otherwise interested in the outcome of the action.
11        Subscribed and sworn to on this the 25th
12 day of March, 2024.
13
14
15 _____
   DEBBIE BOOTHE, CSR
16 Texas CSR 4708
   Expiration Date:  7-31-25
17
18
19
20
21
22
23
24
25