# Exhibit C

```
 1              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    HOUSTON DIVISION

 3   KERRY LEE THOMAS,                )
                                      )
 4        Plaintiff,                  )
                                      )
 5   v.                               )
                                      )Case No. 4:23-cv-00662
 6   ERIC M. BRUSS; WAYNE SCHULTZ;    )
     and KEITH MORRIS, in his         )
 7   capacity as Temporary Defendant  )
     Administrator of the Estate of   )
 8   Robert Johnson,                  )
                                      )
 9        Defendants.                 )

10

11           **********************************
                REMOTE VIDEOTAPED DEPOSITION OF
12                     WAYNE SCHULTZ
                       April 2, 2024
13           **********************************

14

15        WAYNE SCHULTZ, produced as a witness at the

16   instance of the Plaintiff, was duly sworn and

17   deposed in the above-styled and numbered cause on

18   April 2, 2024, from 9:18 a.m. to 6:22 p.m. CST,

19   stenographically reported remotely, pursuant to

20   the Federal Rules of Civil Procedure and the

21   provisions stated on the record.

22

23
     Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                  Texas CSR 9306
                    California CSR 14407
25                  Illinois CSR 084.004659
```

Case 4:23-cv-00662  Document 116-3  Filed on 08/22/25 in TXSD  Page 3 of 9
KERRY LEE THOMAS vs                                    Wayne Schultz
ERIC M. BRUSS                                          April 02, 2024

2

1                A P P E A R A N C E S

2     (all attendees appearing via remote videoconference)

3

4     REPRESENTING THE PLAINTIFF:

5       Ms. Shirley LaVarco
        Ms. Brittany Francis
6       CIVIL RIGHTS CORPS
        1601 Connecticut Avenue, NW, Suite 800
7       Washington, DC  20009
        (202) 844-4975
8       shirley@civilrightscorps.org
        brittany@civilrightscorps.org
9

10    REPRESENTING THE DEFENDANTS, ERIC M. BRUSS and
      WAYNE SCHULTZ:
11
        Ms. Celena Vinson
12      Ms. Katie Vestal
        THOMPSON & HORTON, LLP
13      3200 Southwest Freeway, Suite 2000
        Houston, Texas  77027
14      (713) 554-6767
        cvinson@thompsonhorton.com
15      kvestal@thompsonhorton.com

16

17    THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

18      Mr. Deane Carstensen

19
      ALSO PRESENT:
20
        Ms. Cassidy Kristal-Cohen, paralegal
21

22

23

24

25

```
                                                              3
 1                            INDEX
                                                           PAGE
 2

 3    EXAMINATION BY MS. LaVARCO......................  8

 4

 5

 6                           EXHIBITS

 7   NUMBER        DESCRIPTION                            PAGE

 8   Exhibit 6    Internal Affairs confidential file;

 9                Bates BRUSS & SCHULTZ 002342

10                through 002390...................... 214

11   Exhibit 7    Traffic record;

12                Bates BRUSS & SCHULTZ 001609......... 216

13   Exhibit 8    Text messages;

14                Bates BRUSS & SCHULTZ 000118

15                through 000129...................... 224

16   Exhibit 9    Supervisor responsibility

17                procedures; Bates BRUSS & SCHULTZ

18                002354............................... 275

19   Exhibit 10   Body camera footage, starting time

20                stamp 19:59:39....................... 327

21   Exhibit 11   Body camera footage, starting time

22                stamp 19:43:19....................... 342

23

24

25
```

                                                                    4

1                            EXHIBITS

2   NUMBER         DESCRIPTION                                   PAGE

3   Exhibit 12     Body camera footage, starting time
4                  stamp 19:52:04....................... 345
5   Exhibit 13     Body camera footage, starting time
6                  stamp 19:24:58....................... 350
7   Exhibit 14     Body camera footage, starting time
8                  stamp 19:29:30....................... 381

9

10

11                   PREVIOUSLY MARKED EXHIBITS

12   NUMBER        DESCRIPTION                                   PAGE

13   Exhibit 1     Precinct 1 use of force policy;
14                 Bates BRUSS & SCHULTZ 001992through
15                 002014............................... 383
16   Exhibit 3     Body camera footage, starting time
17                 stamp 19:18:40....................... 334

18

19

20

21

22

23

24

25

Case 4:23-cv-00662   Document 116-3   Filed on 08/22/25 in TXSD   Page 6 of 9
KERRY LEE THOMAS vs
ERIC M. BRUSS
Wayne Schultz
April 02, 2024

281

1   in between him, and started giving
2   commands, was giving commands.
3           So then I started giving commands
4   to Thomas, tell him to "get up, do it
5   now."  Because what I wanted to do was
6   bring him to us.  I didn't want to go --
7   because we hadn't cleared the car yet.  So
8   I didn't know if there was an additional
9   suspect in the car.  I didn't know if he
10  had weapons on him.
11          So like I said earlier in this
12  interview -- or in this deposition, I want
13  to get him out, I want to put their hands
14  up, I want them to lift their shirt up,
15  and I want them to turn around, make sure
16  I don't see anything in the waistband, and
17  then keep their hands up.
18          This is what I was attempting to
19  get Mr. Thomas to do.  He refused to
20  comply.  Johnson, I believe at that time,
21  was saying, "If you don't comply we're
22  going to -- I'm going to release the dog."
23          Jeck was barking.  And I know at
24  one time Mr. Thomas lifted his head up and
25  looked towards us, and a lot of those

Case 4:23-cv-00662   Document 116-3   Filed on 08/22/25 in TXSD   Page 7 of 9
KERRY LEE THOMAS vs                                               Wayne Schultz
ERIC M. BRUSS                                                     April 02, 2024

282

1   times in those instances, they're looking
2   to flee or they're looking to see if they
3   have an opportunity, where's their target
4   if they're going to shoot somebody.
5          So at that time, I'm still on
6   heightened alert.  I trained my Taser
7   laser on him, and I think there's -- that
8   was when I talked about there was a part
9   where I flicked my wrist to make the Taser
10  longer range.  It was in short range.
11  Because generally if we tase someone,
12  they're short range.
13         But he was a pretty good mile --
14  not a mile, but he was a little bit away.
15  Probably about 20 feet-ish, right at the
16  end of my range.
17         So that's when Sergeant Johnson
18  released the -- released Jeck.  Jeck went
19  over and put a bite on him.  I kept --
20  Johnson went up and there was a new
21  thing -- I didn't -- it was a new thing
22  that the handler had to take the person
23  into custody instead of someone else,
24  because I guess there had been some
25  transfer bites at other agencies where the

Case 4:23-cv-00662   Document 116-3   Filed on 08/22/25 in TXSD   Page 8 of 9
KERRY LEE THOMAS vs
ERIC M. BRUSS
Wayne Schultz
April 02, 2024

397

```
                   UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION

KERRY LEE THOMAS,                       )
                                        )
         Plaintiffs,                    )
                                        )
v.                                      )
                                        )Case No. 4:23-cv-00662
ERIC M. BRUSS; WAYNE SHULTZ; and        )
KEITH MORRIS, in his capacity as        )
Temporary Defendant                     )
Administrator of the Estate of          )
Robert Johnson,                         )
                                        )
         Defendants.                    )


                      REPORTER'S CERTIFICATION
                 REMOTE VIDEOTAPED DEPOSITION OF
                           WAYNE SCHULTZ
                           April 2, 2024
```

    I, Rebecca A. Graziano, Certified Shorthand

Reporter in and for the States of Texas,

California, and Illinois, hereby certify to the

following:

    That the witness, WAYNE SCHULTZ, was duly

sworn and that the transcript of the oral

deposition is a true record of the testimony given

by the witness;

    I further certify that pursuant to FRCP Rule

30(f)(1) that the signature of the deponent:

    ____ was requested by the deponent or a

party before the completion of the deposition and

returned within 30 days from date of receipt of

Case 4:23-cv-00662   Document 116-3   Filed on 08/22/25 in TXSD   Page 9 of 9
KERRY LEE THOMAS vs
ERIC M. BRUSS
Wayne Schultz
April 02, 2024

398

1  the transcript.  If returned, the attached Changes
2  and Signature Page contains any changes and the
3  reasons therefor.
4  ____ was not requested by the deponent or a
5  party before the completion of the deposition.
6  I further certify that I am neither attorney
7  nor counsel for, related to, nor employed by any
8  of the parties to the action in which this
9  testimony was taken.
10  Further, I am not a relative or employee of
11  any attorney of record in this cause, nor do I
12  have a financial interest in the action.
13
14                    Certified on April 12, 2024
15
16
17  _____
    Rebecca A. Graziano, CSR, RMR, CRR
18  Texas CSR 9306
    Expiration:  07/31/24
19  California CSR 14407
    Expiration:  09/30/24
20  Illinois CSR 084.004659
    Expiration:  05/31/25
21
22
23
24
25