# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

KERRY LEE THOMAS,
Plaintiff,
v. Civil Action No.:
ROBERT JOHNSON, 4:23-cv-00662
ERIC M. BRUSS, WAYNE SCHULTZ,
and THE ESTATE OF ROBERT JOHNSON,
Defendants.

---

VIDEOTAPED DEPOSITION

---

WITNESS: THOMAS J. TIDERINGTON
DATE: Thursday, June 5, 2025
START TIME: 9:02 a.m., CT
END TIME: 4:05 p.m., CT
REMOTE LOCATION: Remote Legal platform
PROCEEDINGS OFFICER: Valeria Del Rio, CDR-1724
JOB NO.: 36954

A P P E A R A N C E S

CIVIL RIGHTS CORPS
1601 Connecticut Avenue Northwest
Suite 800
Washington, District of Columbia 20009
By: SHIRLEY LAVARCO, ESQUIRE
shirley@peoplescounsel.org
BRITTANY FRANCIS, ESQUIRE
brittany@peoplescounsel.org
ALESSANDRO CLARK-ANSANI, ESQUIRE
alessandro@civilrightscorps.org
Appearing for Plaintiff

THOMPSON & HORTON, LLP
3200 Southwest Freeway
Houston, Texas 77027
By: CELENA VINSON, ESQUIRE
cvinson@thompsonhorton.com
Appearing for Defendants, Eric Bruss and Wayne Schultz

A P P E A R A N C E S (Continued)

ALSO PRESENT:

Ali, Thompson & Horton Tech Expert

Cassidy Kristal-Cohen, Paralegal for Plaintiff

I N D E X O F T E S T I M O N Y


| EXAMINATION OF THOMAS J. TIDERINGTON: | PAGE |
| --- | --- |
| By Ms. Vinson | 9 |
| By Ms. LaVarco | 231 |
| By Ms. Vinson | 265 |

I N D E X O F E X H I B I T S

(available for download)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 22 | Expert report of Thomas J. Tiderington | 243 |
| 23 | Constable Alan Rosen - Department Use of Force | 253 |
| 24 | Cover Sheet Dispatch Report | 275 |

Q Okay. So you didn't -- you didn't print out your exhibits?
A I did not. I have them electronically, but I did not print those out.
Q Okay. I'll be able to share those, ideally. This is a new platform for me, and so I have some experience on it, if -- you know, we'll just figure it out. Not a big deal. But I will be able to share those when we talk about them.
A Okay.
Q So to be clear, you are not an attorney, right?
A I am not.
Q Okay. You're not a doctor?
A I am not.
Q No medical experience?
A Other than first-aid training.
Q Okay. And so with respect to your background, you were chief of police. What was your last job?
A I retired approximately two years ago as the chief of police here in Michigan.
Q Okay. So you've been retired for two years, and is your sole employment now consulting and advising as an expert?
A It is, yes.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

KERRY LEE THOMAS,
Plaintiff,
v. Civil Action No.:
ROBERT JOHNSON, 4:23-cv-00662
ERIC M. BRUSS, WAYNE SCHULTZ,
and THE ESTATE OF ROBERT JOHNSON,
Defendants.

---

REPORTER'S CERTIFICATION
DEPOSITION OF THOMAS J. TIDERINGTON
Thursday, June 5, 2025

---

I, VALERIA DEL RIO, Court Reporter certify:

That the witness, THOMAS J. TIDERINGTON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness.

That the original deposition was delivered to CELENA VINSON;

That the amount of time used by each party at the

deposition is as follows:

TOTAL TIME ON THE RECORD: 5 hours, 42 minutes

CELENA VINSON - From page 9 to page 230

SHIRLEY LAVARCO - From page 231 to page 265

CELENA VINSON - From page 265 to page 271

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

MS. SHIRLEY LAVARCO - Attorney for Plaintiff

MS. BRITTANY FRANCIS - Attorney for Plaintiff

MR. ALESSANDRO CLARK-ANSANI - Attorney for Plaintiff

MS. CELENA VINSON - Attorney for Defendants

And I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of the TRCP will be certified to after they have occurred.

Certified to by me this 17th day of June 2025.

______________________________

Valeria Del Rio

REMOTE LEGAL, CRF-12610

11 Broadway, New York, New York 10016

800-752-0155

A C K N O W L E D G M E N T

I do hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony on the 5th day of June 2025.

I further certify that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified.

_______________________________

THOMAS J. TIDERINGTON

Sworn to before me this ___ day of _______________, 20__

_______________________________

Notary Public