# Exhibit 1

STATE OF TEXAS § 
§
COUNTY OF HARRIS §

## BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared Carl Shaw, who, being by me duly sworn, deposed as follows:

My name is Carl Shaw. I am the Custodian of Records for the Harris County Constable's Office, Precinct One. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in this affidavit.

I am the custodian of records for the Harris County Constable's Office, Precinct One. Attached hereto are 5 pages of records. These records are kept by the Harris County Constable's Office, Precinct One in the regular course of business, and it was the regular course of business of the Harris County Constable's Office, Precinct One for an employee or representative of the Harris County Constable's Office, Precinct One with knowledge of the act or event recorded, to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the matter or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on this 5th day of August, 2025.

ROXANNE BLACK
Notary Public-State of Texas
Notary ID #11152469
Commission Exp. JULY 29, 2026

_____
Notary Public, State of Texas

My Commission expires: 07 29 2026

Roxanne Black
Notary's Printed Name

4906-9940-4889, v. 1

BRUSS & SCHULTZ 003032


CERTIFIED COPY
8/5/2025

# COMMUNICATIONS
## Event Report

Event ID: **2021-0582057**   Call Ref #: 48   Date/Time Received: 02/22/21 19:15:41

Rpt #: 2102-00266   Prime Unit: **1H42** SCHULTZ, WAYNE   Services Involved: **LAW**
Call Source: **W911**

Location: **10923 CAPSTONE DR**   DIST: DIST: 53.21 ft
X-ST: **MORGENSEN DR**   Jur: CAD   Service: LAW   Agency: HCC1
  St/Beat: 1005   District: A   RA:
Business:   Phone:   GP: 1305

Nature: **DISTURBANCE WEAPON**   Alarm Lvl: 1   Priority: 1   Medical Priority:

Reclassified Nature:

Caller:   Phone:   Alarm:
Addr:   Alarm Type:

Vehicle #: **HMT5364**   St: **TX**   Report Only: No   Race:   Sex:   Age:
Call Taker: **NEARA.ELLISON**   Console: **PSHP0020**
Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: REP   Close Comments:

Notes:

See Event Notes Addendum at end of this report

### Times

| | Time From Call Received | | |
|---|---|---|---|
| Call Received: 02/22/21 19:15:41 | | Unit Reaction: 000:03:18 | *(1st Dispatch to 1st Arrive)* |
| Call Routed: 02/22/21 19:17:48 | 000:02:07 | En-Route: | *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: 02/22/21 19:17:48 | 000:02:07 | On-Scene: 003:55:45 | *(1st Arrive to Last Clear)* |
| 1st Dispatch: 02/22/21 19:18:30 | 000:02:49 *(Time Held)* | | |
| 1st En-Route: 02/22/21 19:18:30 | 000:02:49 | | |
| 1st Arrive: 02/22/21 19:21:48 | 000:06:07 *(Reaction Time)* | | |
| Last Clear: 02/22/21 23:17:33 | 004:01:52 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| 8172 | C10467 | D | Dispatched | 02/22/21 19:18:30 | Stat/Beat: 1201 | | CSHIREMA |
| 8172 | C10467 | E | En-Route | 02/22/21 19:18:30 | Stat/Beat: 1201 | | CSHIREMA |
| 8172 | C10467 | AET | Auto Enroute Timesta | 02/22/21 19:18:32 | Current status is:E. Offset of 3 seconds. | | ROBJOHNS |
| 1K17 | C10720 | D | Dispatched | 02/22/21 19:19:02 | | | CSHIREMA |
| 1K17 | C10720 | E | En-Route | 02/22/21 19:19:02 | | | CSHIREMA |
| 1N87 | C10851 | D | Dispatched | 02/22/21 19:19:12 | | | CSHIREMA |
| 1N87 | C10851 | E | En-Route | 02/22/21 19:19:12 | | | CSHIREMA |
| 1H42 | C10856 | D | Dispatched | 02/22/21 19:19:18 | | | CSHIREMA |
| 1H42 | C10856 | E | En-Route | 02/22/21 19:19:18 | | | CSHIREMA |
| 1K17 | C10720 | AET | Auto Enroute Timesta | 02/22/21 19:19:55 | Current status is:E. Offset of 20 seconds. | | ERIC.BRUS |

Report Generated: 02/03/2023 11:16:28 | User ID: WHERR   Note: Comments may truncate in portrait. Use landscape to avoid truncation.
\\fs.hc.hctx.net\PSApps\CAD\PROD\OSSICAD\cad\rpt
\EventHistory_Event_Portrait   Page 1 of 5

BRUSS & SCHULTZ 003033

**Event ID: 2021-0582057**   Call Ref #: 48   **DISTURBANCE WEAPON at 10923 CAPSTONE DR**

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 1N87 | C10851 | AET | Auto Enroute Timesta | 02/22/21 19:20:03 | Current status is:E. Offset of 9 seconds. | | ASLI.TUZUN |
| 8172 | C10467 | A | Arrived | 02/22/21 19:21:48 | Auto-arriving with offset of 0 seconds. | | ROBJOHNS |
| 1K17 | C10720 | A | Arrived | 02/22/21 19:23:26 | | | CSHIREMA |
| 1K17 | C10720 | AAT | Auto Arrive Timestamp | 02/22/21 19:23:28 | Current status is:A. Offset of 0 seconds. | | ERIC.BRUS |
| 1H42 | C10856 | A | Arrived | 02/22/21 19:25:27 | | | Unit:1H42 |
| 1N87 | C10851 | A | Arrived | 02/22/21 19:25:29 | Auto-arriving with offset of 0 seconds. | | ASLI.TUZUN |
| 1H42 | C10856 | ENT | Entered Related Name | 02/22/21 19:44:26 | [LastName:] GASHI [OLN:] 19323636 [ | | WAYNE.SC |
| 1H42 | C10856 | ENT | Entered Related Name | 02/22/21 19:45:02 | [LastName:] GASHI [OLN:] 37088710 [ | | WAYNE.SC |
| 8118 | C10423 | D | Dispatched | 02/22/21 20:18:27 | | | CSHIREMA |
| 8118 | C10423 | E | En-Route | 02/22/21 20:18:27 | | | CSHIREMA |
| 8118 | C10423 | A | Arrived | 02/22/21 20:18:27 | | | CSHIREMA |
| 8118 | C10423 | AAT | Auto Arrive Timestamp | 02/22/21 20:18:31 | Current status is:A. Offset of 0 seconds. | | JMONCRIEF |
| 8118 | C10423 | T | Transport | 02/22/21 20:18:46 | To: 7300 N SHEPHERD/1H42 PRISONE | | CSHIREMA |
| 1H42 | C10856 | L | Location Change | 02/22/21 20:19:18 | HOUSTON NW | | CSHIREMA |
| 1K17 | C10720 | C | Cleared | 02/22/21 20:22:19 | SPL [SPL] | SPL | CSHIREMA |
| 1N87 | C10851 | C | Cleared | 02/22/21 20:22:54 | SPL [SPL] | SPL | CSHIREMA |
| 8118 | C10423 | A | Arrived | 02/22/21 20:28:54 | | | CSHIREMA |
| 1H42 | C10856 | A | Arrived | 02/22/21 20:38:45 | | | CSHIREMA |
| 1H42 | C10856 | ENT | Entered Related Name | 02/22/21 20:46:16 | [LastName:] GRAY [OLN:] 21306524 [S | | WAYNE.SC |
| 1H42 | C10856 | L | Location Change | 02/22/21 21:00:42 | 7300 N SHEPARD | | ALEXIS.WA |
| 1H42 | C10856 | ENT | Entered Related Name | 02/22/21 21:07:08 | [LastName:] THOMAS [OLN:] 20500434 | | WAYNE.SC |
| 1H42 | C10856 | A | Arrived | 02/22/21 21:13:28 | | | CSHIREMA |
| 8172 | C10467 | C | Cleared | 02/22/21 21:43:56 | [CBU] | CBU | ROBJOHNS |
| 8118 | C10423 | C | Cleared | 02/22/21 21:50:13 | [CBU] | CBU | JMONCRIEF |
| 1N69 | C10837 | D | Dispatched | 02/22/21 22:33:07 | Out Srv: [701] at 7300 N SHEPARD | | ALEXIS.WA |
| 1N69 | C10837 | E | En-Route | 02/22/21 22:33:07 | Out Srv: [701] at 7300 N SHEPARD | | ALEXIS.WA |
| 1N69 | C10837 | T | Transport | 02/22/21 22:33:20 | To: JOINT PROCESSING CENTER | | ALEXIS.WA |
| 1N69 | C10837 | MILE | Beg Mileage | 02/22/21 22:33:20 | Beg Mileage: 943.0 | | ALEXIS.WA |
| 1N69 | C10837 | A | Arrived | 02/22/21 22:48:56 | | | CSHIREMA |
| 1N69 | C10837 | MILE | End Mileage | 02/22/21 22:48:56 | End Mileage: 952.0 | | CSHIREMA |
| 1H42 | C10856 | C | Cleared | 02/22/21 23:05:56 | [REP,ARR] | REP | WAYNE.SC |
| 1N69 | C10837 | C | Cleared | 02/22/21 23:17:33 | [SPL] | SPL | EMILIO.ONT |

**Event Log**

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 02/22/21 19:15:41 | By: E911 | | NEARA.ELLI |
| | | ENT | Entered Street | 02/22/21 19:15:41 | 2335 W MOUNT HOUSTON;HOUS | | NEARA.ELLI |
| | | VER | Verified Street | 02/22/21 19:15:44 | 10923 CAPSTONE DR | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:16:58 | | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:17:28 | | | NEARA.ELLI |
| | | CHG | Changed CallerName_ | 02/22/21 19:17:40 | T-MOBILE USA --> ABNI | | NEARA.ELLI |
| | | ENT | Entered Nature | 02/22/21 19:17:43 | DISTURBANCE WEAPON | | NEARA.ELLI |
| | | FIN | Finished Call Taking | 02/22/21 19:17:48 | | | NEARA.ELLI |
| | | VEV | Viewed Event | 02/22/21 19:18:00 | User First Viewed Event CAD | | CSHIREMA |
| | | VEV | Viewed Event | 02/22/21 19:18:18 | User First Viewed Event CAD | | ALEXIS.WA |
| | | ARM | Added Remarks | 02/22/21 19:18:19 | | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:18:34 | | | NEARA.ELLI |

Event Report   Page 2 of 5

BRUSS & SCHULTZ 003034

| Event ID: 2021-0582057 | | | Call Ref #: 48 | DISTURBANCE WEAPON at 10923 CAPSTONE DR | |
|---|---|---|---|---|---|
| | | ARM | Added Remarks | 02/22/21 19:19:37 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:19:41 | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:19:42 | | ALEXIS.WA |
| | | VEV | Viewed Event | 02/22/21 19:20:04 | User First Viewed Event CAD | CHARINA.J |
| | | ARM | Added Remarks | 02/22/21 19:20:21 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:20:42 | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:20:42 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:20:58 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:21:16 | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:21:33 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:21:50 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:21:59 | | NEARA.ELLI |
| | | ARM | Added Remarks | 02/22/21 19:23:00 | | CSHIREMA |
| | | VEV | Viewed Event | 02/22/21 19:25:11 | User First Viewed Event CAD | RONISHA.J |
| | | RS | Reset Watchdog Timer | 02/22/21 19:26:57 | Units: 8172 >>> 15Min. | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:28:39 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:28:56 | | CSHIREMA |
| | | RS | Reset Watchdog Timer | 02/22/21 19:29:15 | Units: 1H42,1N87,1K17,8172 >>> 20Min. | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:29:22 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:29:38 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:29:48 | | ALEXIS.WA |
| | | ARM | Added Remarks | 02/22/21 19:31:14 | | CSHIREMA |
| | | ENT | Entered VehicleID | 02/22/21 19:31:21 | [ID: 2027984] HMT5364 | CSHIREMA |
| | | ENT | Entered LicenseType | 02/22/21 19:31:21 | [ID: 2027984] PC | CSHIREMA |
| | | ENT | Entered VehicleState | 02/22/21 19:31:21 | [ID: 2027984] TX | CSHIREMA |
| | | RPT | Requested Report# | 02/22/21 19:35:34 | HCC1 Report #2102-00266 | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:37:32 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:38:07 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:38:55 | | ALEXIS.WA |
| | | ARM | Added Remarks | 02/22/21 19:39:06 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:39:12 | | CSHIREMA |
| | | ARM | Added Remarks | 02/22/21 19:40:54 | | CSHIREMA |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 19:44:25 | 1) Unit:1H42 LNAME= FNAME= DOB= S | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 19:44:25 | 1) Unit:1H42 LNAME= FNAME= DOB= S | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 19:44:25 | 2) OLN=19323636 OLN=TX S2SAgency | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 19:44:25 | 2) OLN=19323636 OLN=TX S2SAgency | Unit:1H42 |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 19:45:02 | 1) Unit:1H42 LNAME= FNAME= DOB= S | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 19:45:02 | 1) Unit:1H42 LNAME= FNAME= DOB= S | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 19:45:02 | 2) OLN=37088710 OLN=TX S2SAgency | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 19:45:02 | 2) OLN=37088710 OLN=TX S2SAgency | Unit:1H42 |
| | | RS | Reset Watchdog Timer | 02/22/21 19:49:25 | Units: 1H42,1N87,1K17,8172 >>> 30Min. | CSHIREMA |
| 8172 | C10467 | NCI | QRY: Names | 02/22/21 19:55:29 | Unit:8172 Args.DOB: ▓▓▓▓ | Unit:8172 |
| 8172 | C10467 | NCI | QRY: Names | 02/22/21 19:55:29 | 1) Unit:8172 LNAME=THOMAS FNAME= | Unit:8172 |
| 8172 | C10467 | ... | QRY: Names... | 02/22/21 19:55:29 | 2) DOB=▓▓▓▓ SEX=M RACE=B S | Unit:8172 |
| 8172 | C10467 | ... | QRY: Names... | 02/22/21 19:55:29 | 3) S2SAgencyCode= | Unit:8172 |
| | | ARM | Added Remarks | 02/22/21 19:56:10 | | Unit:8172 |
| | | ARM | Added Remarks | 02/22/21 19:57:54 | | CSHIREMA |

BRUSS & SCHULTZ 003035

| Event ID: 2021-0582057 | | | Call Ref #: 48 | | **DISTURBANCE WEAPON at 10923 CAPSTONE DR** | |
|---|---|---|---|---|---|---|
| 1N87 | C10851 | NCI | QRY: Vehicles | 02/22/21 20:06:49 | 1) Unit:1N87 TAG=HMT5364 STATE=TX | Unit:1N87 |
| 1N87 | C10851 | ... | QRY: Vehicles... | 02/22/21 20:06:49 | 2) (VesselRegNbr) VSLREG= S2SAgenc | Unit:1N87 |
| 1N87 | C10851 | CHG | Changed Related Veh I | 02/22/21 20:06:50 | 1) VIN: --> ▮ Make: | ASLI.TUZUN |
| 1N87 | C10851 | ... | Changed Related Veh I | 02/22/21 20:06:50 | 2) VehYear: 0-->2005, Color1: -->RED, V | ASLI.TUZUN |
| 1N87 | C10851 | ... | Changed Related Veh I | 02/22/21 20:06:50 | 3) -->4H | ASLI.TUZUN |
| | | ARM | Added Remarks | 02/22/21 20:18:46 | | CSHIREMA |
| 1H42 | C10856 | CHG | Changed PrimeUnit | 02/22/21 20:19:03 | 8172 --> 1H42 | WAYNE.SC |
| 1H42 | C10868 | CHG | Changed PrimeUnit | 02/22/21 20:19:03 | 8172 --> 1H42 | WAYNE.SC |
| | | RS | Reset Watchdog Timer | 02/22/21 20:20:09 | Units: 1K17,1N87,8172 >>> 20Min. | CSHIREMA |
| | | RS | Reset Watchdog Timer | 02/22/21 20:25:07 | Units: 1H42 >>> 60Min. | CSHIREMA |
| 1H42 | C10856 | NCI | QRY: Vehicles | 02/22/21 20:33:08 | 1) Unit:1H42 TAG=HMT5364 STATE=TX | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Vehicles | 02/22/21 20:33:08 | 1) Unit:1H42 TAG=HMT5364 STATE=TX | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Vehicles... | 02/22/21 20:33:08 | 2) (VesselRegNbr) VSLREG= S2SAgenc | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Vehicles... | 02/22/21 20:33:08 | 2) (VesselRegNbr) VSLREG= S2SAgenc | Unit:1H42 |
| | | RS | Reset Watchdog Timer | 02/22/21 20:34:01 | Units: 8118 >>> 60Min. | CSHIREMA |
| | | RS | Reset Watchdog Timer | 02/22/21 20:40:50 | Units: 8118,1H42,8172 >>> 20Min. | ALEXIS.WA |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 20:45:10 | Unit:1H42 Args.DOB: ▮ | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 20:45:10 | Unit:1H42 Args.DOB: ▮ | Unit:1H42 |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 20:45:10 | 1) Unit:1H42 LNAME=GRAY FNAME=R | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 20:45:10 | 1) Unit:1H42 LNAME=GRAY FNAME=R | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 20:45:10 | 2) DOB= ▮ SEX= RACE= SSN= | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 20:45:10 | 2) DOB= ▮ SEX= RACE= SSN= | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 20:45:10 | 3) S2SAgencyCode= | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 20:45:10 | 3) S2SAgencyCode= | Unit:1H42 |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 20:46:15 | 1) Unit:1H42 LNAME= FNAME= DOB= S | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 20:46:15 | 1) Unit:1H42 LNAME= FNAME= DOB= S | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 20:46:15 | 2) OLN=21306524 OLN=TX S2SAgency | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 20:46:15 | 2) OLN=21306524 OLN=TX S2SAgency | Unit:1H42 |
| | | ARM | Added Remarks | 02/22/21 21:01:47 | | ALEXIS.WA |
| | | RS | Reset Watchdog Timer | 02/22/21 21:02:01 | Units: 8118,8172 >>> 30Min. | ALEXIS.WA |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 21:07:07 | Unit:1H42 Args.DOB: ▮ | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 21:07:07 | Unit:1H42 Args.DOB: ▮ | Unit:1H42 |
| 1H42 | C10856 | NCI | QRY: Names | 02/22/21 21:07:07 | 1) Unit:1H42 LNAME=THOMAS FNAME | Unit:1H42 |
| 1H42 | C10868 | NCI | QRY: Names | 02/22/21 21:07:07 | 1) Unit:1H42 LNAME=THOMAS FNAME | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 21:07:07 | 2) DOB= ▮ SEX= RACE= SSN= | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 21:07:07 | 2) DOB= ▮ SEX= RACE= SSN= | Unit:1H42 |
| 1H42 | C10856 | ... | QRY: Names... | 02/22/21 21:07:07 | 3) S2SAgencyCode= | Unit:1H42 |
| 1H42 | C10868 | ... | QRY: Names... | 02/22/21 21:07:07 | 3) S2SAgencyCode= | Unit:1H42 |
| | | RS | Reset Watchdog Timer | 02/22/21 21:08:06 | Units: 1H42 >>> 60Min. | CSHIREMA |
| | | RS | Reset Watchdog Timer | 02/22/21 21:18:39 | Units: 1H42 >>> 999Min. | ALEXIS.WA |
| | | RS | Reset Watchdog Timer | 02/22/21 21:32:12 | Units: 8118 >>> 999Min. | ALEXIS.WA |
| | | RS | Reset Watchdog Timer | 02/22/21 21:36:17 | Units: 8172 >>> 20Min. | ALEXIS.WA |
| | | VEV | Viewed Event | 02/22/21 21:52:28 | User First Viewed Event CAD | JULIE.BOEH |
| 1H42 | C10856 | CHG | Changed Related Name | 02/22/21 22:18:08 | 1) DOB: ▮ 12:00:00 AM--> ▮ | WAYNE.SC |
| 1H42 | C10856 | ... | Changed Related Name | 02/22/21 22:18:08 | 2) 161-->161 | WAYNE.SC |
| | | ARM | Added Remarks | 02/22/21 22:33:20 | | ALEXIS.WA |
| | | ARM | Added Remarks | 02/22/21 22:33:30 | | ALEXIS.WA |

BRUSS & SCHULTZ 003036

| | | | |
|---|---|---|---|
| Event ID: 2021-0582057 | Call Ref #: 48 | **DISTURBANCE WEAPON at 10923 CAPSTONE DR** | |

| | | | | |
|---|---|---|---|---|
| ARM | Added Remarks | 02/22/21 22:48:58 | | CSHIREMA |
| VEV | Viewed Event | 02/22/21 22:50:12 | User First Viewed Event CAD | DAVID.PIME |
| RS | Reset Watchdog Timer | 02/22/21 22:57:12 | Units: 1N69 >>> 60Min. | CSHIREMA |

### Event Notes Addendum

Notes  [1N69-TRANSPORT] {1N69} End Mileage: 952.0  [02/22/21 22:48:58 CSHIREMAN]
{1N69} HAS 1H42 PRIS ON BOARD  [02/22/21 22:33:30 ALEXIS.WALKER]
[1N69-TRANSPORT] {1N69} Beg Mileage: 943.0  [02/22/21 22:33:20 ALEXIS.WALKER]
{1H42} 1N84 RODE W/AMBULANCE W/ ML THAT WAS TRANSPORTED  [02/22/21 21:01:47 ALEXIS.WALKER]
[8118-TRANSPORT] {8118} 1H42 PRISONER  [02/22/21 20:18:46 CSHIREMAN]
SPN/02279043  THOMAS  CLEAR AT THIS TIME  [02/22/21 19:57:54 CSHIREMAN]
MKE/CRIMINAL GANG MEMBER - CAUTION
ORI/TXHPD0000 NAM/TH0MAS,KERRY LEE SEX/M RAC/B
DOB/ ▓▓▓▓▓
GNG/TXGANG*SWTX SGP/SEE MIS FIELD*SWTX
ECR/CF DOP/NONEXP OCA/2859
MIS/59 B0UNTY HUNTERS TXHPD0000 H0UST0N P0LICE DEPARTMENT 713 884-3131
DNA/N
ORI IS HOUSTON POLICE DEPARTMENT 713 308-8500  [02/22/21 19:56:10 Unit:8172]
{1H42} EMS ON LOC  [02/22/21 19:40:54 CSHIREMAN]
{1H42} NO MORE WRECKERS  [02/22/21 19:39:12 CSHIREMAN]
{1H42} NEED FIRST WRECKER CAPSTONE/DONELLAN  [02/22/21 19:39:06 CSHIREMAN]
EMS ADV OF NARCAN ADMINISTERED/EFFECTIVE  [02/22/21 19:38:55 ALEXIS.WALKER]
{1K17} NARCAN EFFECTIVE  [02/22/21 19:38:07 CSHIREMAN]
{1K17} NACAN ADMINISTERED  [02/22/21 19:37:32 CSHIREMAN]
{1K17} HMT5364 MAROON PT CRUISER  [02/22/21 19:31:14 CSHIREMAN]
HCEC NRT  [02/22/21 19:29:48 ALEXIS.WALKER]
{1H42} 1 IN 1N87 BACKSEAT  [02/22/21 19:29:38 CSHIREMAN]
{1H42} 2 IN CUSTODY  [02/22/21 19:29:22 CSHIREMAN]
{1H42} NEED EMS FOR DOG BITE/ARM  [02/22/21 19:28:56 CSHIREMAN]
{1H42} CHANNEL RELEASED  [02/22/21 19:28:39 CSHIREMAN]
{8172} SUSP NOT COMPLYING/SAYING TO SHOOT HIM  [02/22/21 19:23:00 CSHIREMAN]
RPT SECURING WEAPON  [02/22/21 19:21:59 NEARA.ELLISON]
CHANNEL HELD  [02/22/21 19:21:50 CSHIREMAN]
HAVE REP SECURE WEAPON/DEPUTY ARRIVING  [02/22/21 19:21:33 CSHIREMAN]
YES STILL ON LOC IN FRONT OF HOME/  [02/22/21 19:21:16 NEARA.ELLISON]
SUSP ON LOC?  [02/22/21 19:20:58 CSHIREMAN]
{8172} 30 SECONDS OUT  [02/22/21 19:20:42 CSHIREMAN]
RPT HAS WEAPON OUT/  [02/22/21 19:20:42 NEARA.ELLISON]
DOES SUSP HAVE WEAPON OUT OR REP?  [02/22/21 19:20:21 CSHIREMAN]
CALLED BACK 2X GOING TO VM  [02/22/21 19:19:42 ALEXIS.WALKER]
BM BROWN SHIRT BLK PANTS WHI SHOES/2BM UNK OF CLOTHING DESCRIPTION  [02/22/21 19:19:41 NEARA.ELLISON]
DOES SUSP HAVE WEAPON OUT OR REP?  [02/22/21 19:19:37 CSHIREMAN]
MLS HEARD IN BACKGROUND YELLING/  [02/22/21 19:18:34 NEARA.ELLISON]
RPT ADV DOES NOT KNOW BMS/ POSS MHI/  [02/22/21 19:18:19 NEARA.ELLISON]
BM DRIVING RED DODGE CHYRSTLER  [02/22/21 19:17:28 NEARA.ELLISON]
CRPT/2BM INFRONT OF HOME SCREAMING AND YELLING/ RPT ADV THIS IS SECOND TIME CAME TO LOC/ RPT HAS WEAPON OUT/  [02/22/21 19:16:58 NEARA.ELLISON]

BRUSS & SCHULTZ 003037