# Exhibit 2

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Harris County Constable's Office Pct. 1
**ORI:** TX1013100
**Location of Incident:** 10923 CAPSTONE DR, Houston TX 77088
**Gang Relat:** YES
**Beat/ConstDist:** 1005, 101
**Case#:** 2102-00266
**Date / Time Reported:** 02/22/2021 19:15 Mon
**Last Known Secure:** 02/22/2021 19:15 Mon
**At Found:** 02/22/2021 19:15 Mon

## INCIDENT DATA

**#1 Crime Incident(s):** Case Number Pulled In Error / NR-000020 (Com)

## VICTIM

# of Victims: 0

**CODES:** V- Victim (Denote V2, V3)  WI = Witness  IO = Involved Other  RP = Reporting Person (if other than victim)

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| V1# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** JOHNSON, R. (PAT, K9) (C10467)
**Invest ID#:** ONTIVEROS-RIVERA, E. (PAT, PCON) (C10837)
**Supervisor:** MONCRIEF, J. C. (PAT, ADM) (C10423)
**Case Status:** Cleared By Arrest  03/16/2021
**Case Disposition:**
**Page 1**

R_CS1IBR    Printed By: WHERR, PHCC1009    Sys#: 2704559    05/04/2023 16:31

BRUSS & SCHULTZ 000002

## INCIDENT/INVESTIGATION REPORT

*Harris County Constable's Office Pct. 1*

Case # *2102-00266*

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

**Assisting Officers**

VITAL, N. (C10868), BRUSS, E. (C10720), ONTIVEROS-RIVERA, E. (C10837), ONTIVEROS-RIVERA, E. (C10837), ONTIVEROS-RIVERA, E. (C10837), TUZUN, A. (C10851), MONCRIEF, J.C. (C10423), JOHNSON, R. (C10467), JOHNSON, R. (C10467)

Suspect Hate / Bias Motivated

**NARRATIVE**

I completed a supplement.

| | **REPORTING OFFICER NARRATIVE** | OCA |
|---|---|---|
| *Harris County Constable`s Office Pct. 1* | | *2102-00266* |
| Victim | Offense<br>*CASE NUMBER PULLED IN ERROR* | Date / Time Reported<br>*Mon 02/22/2021 19:15* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I was not the primary deputy on this call.

| Reporting Officer: *JOHNSON, R.*<br>*R_CS3NC* | Printed By: WHERR, PHCC1009  05/04/2023 16:31 | Page 3 |
|---|---|---|

BRUSS & SCHULTZ 000004

## CASE SUPPLEMENTAL REPORT

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: **210200266**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *02/22/2021*

**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *TUZUN, A. (C10851)*    **Date / Time:** *02/22/2021 22:01:58, Monday*

**Supervisor:** *JOHNSON, R. (C10467)*    **Supervisor Review Date / Time:** *02/25/2021 16:23:58, Thursday*

**Contact:**    **Reference:** *Follow-up*

On Monday, February 22, 2021, I responded to 10923 Capstone Dr. Upon arrival, I observed a felony stop to be underway. I positioned myself on the passenger side of Deputy E. Bruss' marked patrol vehicle with my duty weapon drawn and pointing at the suspects.

Deputy Bruss gave commands to Raphael Gray and conducted the felony stop and I took Gray into custody and secured him in my handcuffs.

All interactions were captured on Body Worn Camera (BWC).

No further action was taken at this time.

END OF SUPPLEMENT

Investigator Signature    Supervisor Signature

*r_supp3*    Page 4

BRUSS & SCHULTZ 000005

## CASE SUPPLEMENTAL REPORT

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: *210200266*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *02/22/2021*
**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *ONTIVEROS-RIVERA, E. (C10837)*  **Date / Time:** *02/22/2021 23:14:47, Monday*
**Supervisor:** *LOPEZ, J. (C10589)*  **Supervisor Review Date / Time:** *02/23/2021 03:12:11, Tuesday*
**Contact:**  **Reference:** *Follow-up*

On Monday, February, 22,2021 at approximately 2220 hrs. I, Deputy E. Ontiveros, unit 1N69 met with Corporal Shultz, unit 1H42 at the Annex 31 located at the 7300 N. Shepherd Dr. At this place I took custody of Mr. Gray and transported him to the Join Process Center jail.

Clear Supplement.

Investigator Signature                                    Supervisor Signature

Page 5

BRUSS & SCHULTZ 000006

## CASE SUPPLEMENTAL REPORT

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: **210200266**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *02/22/2021*

**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *JOHNSON, R. (C10467)*    **Date / Time:** *02/23/2021 16:56:04, Tuesday*

**Supervisor:** *MONCRIEF, J. C. (C10423)*    **Supervisor Review Date / Time:** *02/25/2021 15:48:49, Thursday*

**Contact:**    **Reference:** *Follow-up*

Sergeant R. Johnson (unit 8172)
Harris County Precinct One Constable's Office
Patrol-Canine Division
Robert.johnson@cn1.hctx.net

Investigative Narrative:

On Monday, February 22, 2021, I, Sergeant R. Johnson, unit 8172, and my canine partner "K9-Jeck", of the Harris County Precinct One Constable's Office, were assigned to the Patrol Division, located in North Houston, Harris County, Texas, as an evening shift Patrol Supervisor.

At approximately 1915 hours, I was dispatched to the residence located at 10923 Capstone Drive, in reference to a Weapons Disturbance. The dispatched call for service advised the following: The reportee said two black males were at his residence for the second time. The dispatcher could hear yelling and screaming in the back ground. The reportee said he had his firearm in his possession (see call slip #20210582057).

While responding to the location, dispatch advised the suspects also had firearms. Deputy E. Bruss, unit 1K17, asked dispatch again if it was the suspects or reportee who had the firearm. Dispatch advised the suspects had the firearms and were inside of a maroon Chrysler.

Upon arrival, I observed a marron Chrysler PT Cruiser parked in the north bound lane of Capstone Drive. The two described suspects were seated in the driver seat and front right passenger's seat. I immediately activated the emergency lighting equipment to my patrol vehicle to identify myself as law enforcement and illumined the vehicle with the spot light.

I immediately exited my patrol vehicle and gave loud verbal commands to both suspects to place their arms in the air. The front right passenger exited the vehicle and placed his arms in the air. The driver refused to comply and exited the vehicle in an attempt to walk away. Due to having two suspects that were reported to be causing a disturbance and the possibility of a firearm being used, I removed K9-Jeck from my patrol vehicle for apprehension support.

I continued to give loud verbal commands to both suspects to enter the vehicle. I ordered the suspects in the vehicle to have a more controlled environment. If the two suspects were allowed to exit the vehicle and walk in different directions, this would have been an immediate officer safety issue and a safety issue for the general public. The operator walked back to the vehicle and sat in the driver's seat. The passenger refused to comply and stood outside the

Investigator Signature    Supervisor Signature

Page 6

BRUSS & SCHULTZ 000007

## CASE SUPPLEMENTAL REPORT

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: **210200266**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *02/22/2021*
**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *JOHNSON, R. (C10467)*  **Date / Time:** *02/23/2021 16:56:04, Tuesday*
**Supervisor:** *MONCRIEF, J. C. (C10423)*  **Supervisor Review Date / Time:** *02/25/2021 15:48:49, Thursday*
**Contact:**  **Reference:** *Follow-up*

---

vehicle with his arms in the air. While standing outside the vehicle, the passenger continued to scream for me to shoot him and he was ready to die. This statement was concerning in nature due to the fact that the passenger just admitted he was ready to die.

I continued to give loud verbal commands to stay inside of the vehicle and to keep their arms in the air. The passenger refused to enter the vehicle and now the driver exited again. Although the driver sat back inside the vehicle after being ordered, he continued to reach towards the floorboard and refused to show his hands. This was a continued behavior until responding deputies arrived.

Upon Deputy Bruss's arrival, I advised of the situation and allowed him to take primary of the giving of orders. I allowed Deputy Bruss to take over on commands due to having no compliance when I was giving the commands. I also wanted to focus on the possible deployment of K9-Jeck. As Deputy Bruss was giving verbal commands to the driver, the passenger attempted to walk away. I had to order the passenger numerous times to stop.

Once the driver was lying face down on the ground with his arms away from his side, I ordered the passenger to the ground. The passenger complied with the order. Prior to giving the driver any orders, he made the decision to place his arms by his head. This was not an ordered movement and it was considered a threat due to not being searched. Deputy Bruss and I both gave the driver orders to move his arms away from his body. When the drive refused, I took approximately ten steps towards his direction with K9-Jeck. This was affective and the driver immediately placed his arms away from his body.

The driver was ordered to his feet and was guided backwards to our patrol vehicles. The driver was detained in handcuffs without incident and was secured in the rear of Deputy A. Tuzun, unit 1N87, patrol vehicle. After the driver was no longer a threat and secured, the passenger was given orders to stand to his feet. Corporal W. Schultz, unit 1H42, took over the commands of the passenger.

The passenger continued to refuse to stand to his feet. The passenger did acknowledge that orders were being given to him by lifting his head and looking at us. During the course of the detainment of the driver and attempted detainment of the passenger, I provided two canine announcements and Deputy Bruss provided three. Due to the suspect not complying, I made the decision to utilize K9-Jeck as an apprehension tool. A taser was not utilized due to the distance from the suspect and the angle. If the taser probes could not reach the passenger or failed to penetrate due to the angle, we risked the passenger making the decision to evade or physically fight. If either of these two options happened, the vehicle was still a threat, due to not knowing if there was a third person hiding inside of it with the firearm.

---

Investigator Signature  Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: **210200266**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *02/22/2021*
**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *JOHNSON, R. (C10467)*   **Date / Time:** *02/23/2021 16:56:04, Tuesday*
**Supervisor:** *MONCRIEF, J. C. (C10423)*   **Supervisor Review Date / Time:** *02/25/2021 15:48:49, Thursday*
**Contact:**   **Reference:** *Follow-up*

I believe by utilizing K9-Jeck for the apprehension, this was the safest option for everyone involved. Due to no compliance by the passenger, force had to be utilize to gain control of the situation. K9-Jeck is currently certified through the National Narcotic Detector Dog Association (NNDDA). K9-Jeck is certified in narcotics (certification #59421) and police service dog (certification #8927).

\*\*\*\*\*\*\*\*\*\*Canine Deployment Factors\*\*\*\*\*\*\*\*\*\*
1. The severity of the crime: It was reported that both suspects were at the reportee's residence with firearms and the reportee did not know who they were.

2. Does the suspect pose a threat to the safety of law enforcement or the general public: The suspect was not searched and was reported to have a firearm. If suspect decided to evade on foot, the citizens outside watching would be a risk.

3. Was the suspect actively resisting or attempting to evade: The suspect failed all verbal commands and canine announcements. The suspect also tried to walk away from the vehicle several times.
\*\*\*\*\*\*\*\*\*\*Canine Deployment Factors\*\*\*\*\*\*\*\*\*\*

I provided the passenger one last warning before deploying K9-Jeck. When the passenger refused to comply, I gave K9-Jeck the apprehension command and released my grip of his collar. K9-Jeck approached and engaged the passenger. K9-Jeck bit the passenger's right arm and held his bite. I climbed on top of the suspect and attempted to place both arms behind his back. I had to forcefully pull back the passenger's left arm to place both arms in handcuffs. Once the passenger was detained in handcuffs, K9-Jeck was immediately removed from the bite.

Harris County Emergency Corps was requested to the location for medical treatment. The passenger was transported to the Houston Northwest Hospital for medical treatment. Corporal Schultz took photographs of the passenger's injuries. I down loaded the photographs to this report.

The passenger was identified as Kerry Lee Thomas. Mr. Thomas is a documented 59 Bounty Hunter Blood which is known as a criminal street gang.

On Tuesday, February 23, I contacted the Harris County Animal Control and advised of the incident. I was issued case #B21143211 to this bite.

On Tuesday, February 23, the Houston Police Department was dispatched to Mr. Thomas's residence in reference to him being suicidal. Mr. Thomas was committed on an Emergency Detention Order under HPD case number

Investigator Signature   Supervisor Signature

BRUSS & SCHULTZ 000009

**CASE SUPPLEMENTAL REPORT**

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: *210200266*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *02/22/2021*

**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *JOHNSON, R. (C10467)*  **Date / Time:** *02/23/2021 16:56:04, Tuesday*

**Supervisor:** *MONCRIEF, J. C. (C10423)*  **Supervisor Review Date / Time:** *02/25/2021 15:48:49, Thursday*

**Contact:**  **Reference:** *Follow-up*

---

0248715-210.

The investigation was audio and video recorded by my patrol vehicle (equipment #31484) and by my body worn camera.

End of Supplement

---

Investigator Signature                               Supervisor Signature

Page 9

BRUSS & SCHULTZ 000010

## CASE SUPPLEMENTAL REPORT

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: **210200266**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *02/22/2021*

**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *BRUSS, E. (C10720)*  **Date / Time:** *02/23/2021 18:12:48, Tuesday*

**Supervisor:** *JOHNSON, R. (C10467)*  **Supervisor Review Date / Time:** *03/01/2021 17:09:29, Monday*

**Contact:**  **Reference:** *Follow-up*

---

On 02/22/2021 at about 1915 hours, I Deputy E.M. Bruss (1K17) responded with additional units on reports of a Weapons Disturbance. According to the call the suspects were described as two black males outside the residence. During the original radio traffic it was stated that there was a gun involved in this disturbance. For clarification, I asked communications if it was the reportee or the suspects with the gun at which time communications advised that it was a rolled call from the Sheriff's office but indicated it was the suspects that were armed.

Upon my arrival I took secondary position in a high risk traffic stop as both suspects had the benefit of a Maroon Chrysler PT Cruiser. I observed the passenger standing outside the passenger side front door which was open. The passenger was yelling "all lives matter". The driver was seated inside the car with his hands concealed.

I exited my unit I drew my gun and began covering the driver who was closest to me. At this time Sgt. Johnson yelled to me that the driver was failing to comply and had been refusing to show his hands. Both Sgt. Johnson and I were yelling clear direct orders for the driver to show his hands, however, he continued to ignore directives. It It should be noted that both suspects were unsearched and the information we had supported the fact that one or both may be armed.

It was decided by Sgt. Johnson that we would continue the high risk stop by ordering the driver from the vehicle and attempting to detain him first. The driver was directed from the vehicle which he complied. As further instructions were yelled to the driver the passenger exited the vehicle and was not complying with orders. Based on this I ordered the driver to the ground and ordered him to put his hands out to the side away from his body. The passenger was then also told to lay on the ground which he did.

Upon arrival of the additional units the driver, who had to be told several times to comply with directives and was even given a warning that he would be bit by a police dog if he failed to comply or resisted, complied and was taken into custody.

At this time I heard Sgt. Johnson begin yelling verbal commands at the passenger. Sgt. Johnson's commands were clear and direct, however, the passenger ignored them. It should be noted that Sgt. Johnson had his K-9 partner deployed and his dog was barking which to most is a deterrent and gains voluntary compliance, however the suspect continued to ignore orders. As with the driver this subject was unsearched and was considered by his acts and failures to comply as a threat to officer safety.

At a certain point Sgt. Johnson utilized his K-9 to apprehend the non-compliant suspect (see sgt. Johnson's original).

---

Investigator Signature                                    Supervisor Signature

BRUSS & SCHULTZ 000011

## CASE SUPPLEMENTAL REPORT

Printed: 05/04/2023 16:31

*Harris County Constable's Office Pct. 1*

OCA: **210200266**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *02/22/2021*

**Offense:** *CASE NUMBER PULLED IN ERROR*

**Investigator:** *BRUSS, E. (C10720)*    **Date / Time:** *02/23/2021 18:12:48, Tuesday*

**Supervisor:** *JOHNSON, R. (C10467)*    **Supervisor Review Date / Time:** *03/01/2021 17:09:29, Monday*

**Contact:**    **Reference:** *Follow-up*

---

While the suspect was being reduced to capture and handcuffed, I made an approach covering the suspect vehicle and clearing it, finding no additional occupants.

EMS was immediately requested for the passenger who had sustained a K-9 bite. During the following few minutes I became concerned that the passenger may have taken a substance and may be overdosing. The passenger was foaming at the mouth, unresponsive and had exhibited strange behavior prior to his apprehension. Based on my observations, I opted to administer a single 4 MG dose of Narcan to combat a possible opiod overdose. The dosage unit was given nasally and in accordance with training received in regards to the administration. Approximately 10 seconds after delivery, I observed the subject becoming alert. The subject took a deep breath and began asking us what had happened. I logged with communications Narcan administration time as well as that it had been effective.

Upon arrival of Harris County Medical Corps I briefed them on the Narcan use to include the dose and time, at which time they began treating him for the bite and suspected overdose.

IN-CAR/ BWC:

Harris County Equipment #25658

DISPOSITION:

Supplement

---

Investigator Signature      Supervisor Signature

Page 11

BRUSS & SCHULTZ 000012