# Exhibit 3
# Johnson BWC