Exhibit 4

Bruss BWC