# Exhibit 5
# Schultz BWC