# Exhibit 6

```
 1                UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3
     KERRY LEE THOMAS,                    *
 4                                        *
                    Plaintiff,            *
 5                                        *
     v.                                   * Case No. 4:23-cv-00662
 6                                        *
     ERIC M. BRUSS, WAYNE SHULTZ,         *
 7   and KEITH MORRIS, in his             *
     capacity as Temporary Defendant      *
 8   Administrator of the Estate of       *
     Robert Johnson,                      *
 9                                        *
                    Defendants.           *
10

11
                  **********************************
12                       THE ORAL VIDEOTAPED
                            DEPOSITION OF
13                         ERIC M. BRUSS
                          MARCH 20, 2024
14                **********************************

15

16       ORAL VIDEOTAPED DEPOSITION OF ERIC M. BRUSS,

17   produced as a witness at the instance of the PLAINTIFF,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on the 20th of March, 2024, from

20   10:16 a.m. to 7:59 p.m., before Debbie Boothe, CSR, in

21   and for the State of Texas, reported by machine

22   shorthand at a Conference Room at 9600 Long Point Road,

23   Houston, Texas 77055, pursuant to the Federal Rules of

24   Civil Procedure and the provisions stated in the record

25   or attached hereto.
```

```
 1                   A P P E A R A N C E S

 2

    FOR THE PLAINTIFF:
 3
              Ms. Shirley LaVarco
 4            Ms. Brittany Francis
              Civil Rights Corps
 5            1601 Connecticut Avenue NW, Suite 800
              Washington, D.C.  20009
 6            (202) 844-4975
              shirley@civilrightscorps.org
 7            brittany@civilrightscorps.org

 8
    FOR THE DEFENDANTS:
 9
              Ms. Celena Vinson
10            Ms. Kathryn Vestal
              Thompson & Horton, LLP
11            3200 Southwest Freeway
              Houston, Texas  77027
12            (713) 554-6742
              cvinson@thompsonhorton.com
13            kvestal@thompsonhorton.com

14
    THE VIDEOGRAPHER:
15
              Mr. Jose Carranza
16            Lexitas-Premier VIP

17
    OTHER APPEARANCES:
18
              Mr. Wayne Schultz
19            Mr. Carl Shaw

20
                    *   *   *   *   *   *
21

22

23

24

25
```

```
                                                              3
 1                            INDEX
 2
 3  WITNESS:  ERIC M. BRUSS
 4                                                         PAGE
 5  Appearances                                               2
 6  Examination by Ms. Shirley LaVarco                        6
 7       10:16 a.m. - 11:13 a.m.
 8       11:26 a.m. - 11:37 a.m.
 9       11:38 a.m. - 12:33 p.m.
10       12:41 p.m. - 12:55 p.m.
11       2:04 p.m. - 3:19 p.m.
12       3:28 p.m. - 3:33 p.m.
13       3:44 p.m. - 4:55 p.m.
14       5:11 p.m. - 6:10 p.m.
15       6:21 p.m. - 7:01 p.m.
16       7:15 p.m. - 7:55 p.m.
17  Examination by Ms. Celena Vinson                        298
18        7:55 p.m. - 7:56 p.m.
19  Further Examination by Ms. Shirley LaVarco              301
20       7:59 p.m. - 7:59 p.m.
21  Changes and Signature                                   302
22  Reporter's Certificate                                  304
23
24                     *    *    *    *    *
25
```

Case 4:23-cv-00662   Document 118-6   Filed on 08/22/25 in TXSD   Page 5 of 8
THOMAS v
BRUSS
Eric Bruss
March 20, 2024

214

1  like how it get's portrayed on the news and stuff.  That
2  is not a fair, accurate representation.
3       Q.   What specifically did you see in the footage
4  that justified the use of force?
5       A.   His noncompliance.  He's an un-searched suspect
6  on a weapons call.
7       Q.   Can you describe his noncompliance?
8       A.   Sure.  He was told multiple times stay in the
9  car; he failed to stay in the car.  He was told to get
10 up; he refused to get up.  All those things trying to
11 lure us from a position of cover to move up on a vehicle
12 that is un-searched and I don't know if there's another
13 suspect in there.
14      Q.   Do you assume that everyone is armed?
15      A.   That is a fair assumption in 2024 with the
16 number of police officers that have been killed in the
17 line of duty.  That doesn't mean we take direct action.
18 But we are conscious that every single person has the
19 potential for violence.
20      Q.   Did you have a specific reason to believe that
21 Mr. Thomas was armed?
22      A.   Yes.
23      Q.   What was that reason?
24      A.   I was told he was armed --
25      Q.   Who told you?

1      A.   -- they were armed.

2           The dispatch.

3      Q.   Who is "they"?

4      A.   I don't know which dispatcher it was.  You're

5  going to have to check that.

6      Q.   I apologize.  Who -- who did dispatch tell you

7  was armed?

8      A.   The suspects, and then later the homeowner.

9      Q.   Okay.  I'd like to back up --

10     A.   Sure.

11     Q.   -- and begin with your account of what happened

12 from the time you got the dispatch communications to the

13 time after the dog was unleashed.

14     A.   Sure.

15     Q.   Can you walk me through what happened?

16          MS. VINSON:  Object to form.

17     A.   So I received a call, as did everyone -- it was

18 a hot tone call, Priority One call -- of a weapons

19 disturbance.  As I started to leave where I was at, I

20 got on the radio and I said "1 King 17.  Is it the

21 suspects that are armed or the homeowner?"  And dispatch

22 returned and said "The suspects."

23          At that point I turned my lights on and

24 began my response.  The way the camera system works is

25 there is a pre-event capture period.  When I turn my

```
 1              UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3
    KERRY LEE THOMAS,                *
 4                                   *
                 Plaintiff,          *
 5                                   *
    v.                               * Case No. 4:23-cv-00662
 6                                   *
    ERIC M. BRUSS, WAYNE SHULTZ,     *
 7  and KEITH MORRIS, in his         *
    capacity as Temporary Defendant  *
 8  Administrator of the Estate of   *
    Robert Johnson,                  *
 9                                   *
                 Defendants.         *
10

11              REPORTER'S CERTIFICATION
              ORAL VIDEOTAPED DEPOSITION OF
12                   ERIC M. BRUSS
                   MARCH 20, 2024
13

14         I, Debbie Boothe, Certified Shorthand Reporter

15  in and for the State of Texas, hereby certify to the

16  following:

17         That the witness, ERIC M. BRUSS, was duly

18  sworn by the officer and that the transcript of the oral

19  deposition is a true record of the testimony given by

20  the witness;

21         I further certify that pursuant to FRCP Rule

22  30(f)(1) that the signature of the deponent:

23         __XX___ was requested by the deponent or a party

24  before the completion of the deposition and returned

25  within 30 days from date of receipt of the transcript.
```

```
 1  If returned, the attached Changes and Signature Page
 2  contains any changes and the reasons therefor;
 3             _____ was not requested by the deponent or a
 4  party before the completion of the deposition.
 5             I further certify that I am neither attorney
 6  nor counsel for, related to, nor employed by any of the
 7  parties to the action in which this testimony was taken.
 8  Further, I am not a relative or employee of any attorney
 9  of record in this cause, nor am I financially or
10  otherwise interested in the outcome of the action.
11             Subscribed and sworn to on this the 25th
12  day of March, 2024.
13
14
15  _____
16  DEBBIE BOOTHE, CSR
    Texas CSR 4708
17  Expiration Date:  7-31-25
18
19
20
21
22
23
24
25
```