# Exhibit 7

```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   KERRY LEE THOMAS,                  )
                                        )
 4           Plaintiff,                 )
                                        )
 5   v.                                 )
                                        )Case No. 4:23-cv-00662
 6   ERIC M. BRUSS; WAYNE SCHULTZ;      )
     and KEITH MORRIS, in his           )
 7   capacity as Temporary Defendant    )
     Administrator of the Estate of     )
 8   Robert Johnson,                    )
                                        )
 9           Defendants.                )

10


11            **********************************
                REMOTE VIDEOTAPED DEPOSITION OF
12                      WAYNE SCHULTZ
                        April 2, 2024
13            **********************************

14


15           WAYNE SCHULTZ, produced as a witness at the

16      instance of the Plaintiff, was duly sworn and

17      deposed in the above-styled and numbered cause on

18      April 2, 2024, from 9:18 a.m. to 6:22 p.m. CST,

19      stenographically reported remotely, pursuant to

20      the Federal Rules of Civil Procedure and the

21      provisions stated on the record.

22


23
        Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                     Texas CSR 9306
                       California CSR 14407
25                     Illinois CSR 084.004659
```

Case 4:23-cv-00662   Document 118-7   Filed on 08/22/25 in TXSD   Page 3 of 9
KERRY LEE THOMAS vs
ERIC M. BRUSS
Wayne Schultz
April 02, 2024

2

1      A P P E A R A N C E S

2  (all attendees appearing via remote videoconference)

3

4  REPRESENTING THE PLAINTIFF:

5   Ms. Shirley LaVarco
    Ms. Brittany Francis
6   CIVIL RIGHTS CORPS
    1601 Connecticut Avenue, NW, Suite 800
7   Washington, DC  20009
    (202) 844-4975
8   shirley@civilrightscorps.org
    brittany@civilrightscorps.org

9

10 REPRESENTING THE DEFENDANTS, ERIC M. BRUSS and
   WAYNE SCHULTZ:
11
    Ms. Celena Vinson
12  Ms. Katie Vestal
    THOMPSON & HORTON, LLP
13  3200 Southwest Freeway, Suite 2000
    Houston, Texas  77027
14  (713) 554-6767
    cvinson@thompsonhorton.com
15  kvestal@thompsonhorton.com

16

17 THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

18  Mr. Deane Carstensen

19
   ALSO PRESENT:
20
    Ms. Cassidy Kristal-Cohen, paralegal
21

22

23

24

25

```
                                                              3
 1                              INDEX
                                                           PAGE
 2

 3    EXAMINATION BY MS. LaVARCO......................  8

 4

 5

 6                             EXHIBITS

 7   NUMBER        DESCRIPTION                             PAGE

 8   Exhibit 6     Internal Affairs confidential file;

 9                 Bates BRUSS & SCHULTZ 002342

10                 through 002390...................... 214

11   Exhibit 7     Traffic record;

12                 Bates BRUSS & SCHULTZ 001609......... 216

13   Exhibit 8     Text messages;

14                 Bates BRUSS & SCHULTZ 000118

15                 through 000129...................... 224

16   Exhibit 9     Supervisor responsibility

17                 procedures; Bates BRUSS & SCHULTZ

18                 002354.............................. 275

19   Exhibit 10    Body camera footage, starting time

20                 stamp 19:59:39...................... 327

21   Exhibit 11    Body camera footage, starting time

22                 stamp 19:43:19...................... 342

23

24

25
```

4

```
 1                          EXHIBITS

 2    NUMBER         DESCRIPTION                              PAGE

 3    Exhibit 12     Body camera footage, starting time

 4                   stamp 19:52:04....................... 345

 5    Exhibit 13     Body camera footage, starting time

 6                   stamp 19:24:58....................... 350

 7    Exhibit 14     Body camera footage, starting time

 8                   stamp 19:29:30....................... 381

 9

10

11                   PREVIOUSLY MARKED EXHIBITS

12    NUMBER         DESCRIPTION                              PAGE

13    Exhibit 1      Precinct 1 use of force policy;

14                   Bates BRUSS & SCHULTZ 001992through

15                   002014............................... 383

16    Exhibit 3      Body camera footage, starting time

17                   stamp 19:18:40....................... 334

18

19

20

21

22

23

24

25
```

151

1        THE WITNESS:  Yup.  That's what I
2     do, ma'am.
3  BY MS. LaVARCO:
4   Q     What is the minimum level of resistance
5  that justifies releasing a K-9 to bite a suspect?
6        MS. VINSON:  Object to form.
7        THE WITNESS:  I can't answer that.
8  BY MS. LaVARCO:
9   Q     Because you don't know?
10  A     I don't know.
11  Q     Does it matter what the suspected crime is
12 before unleashing a K-9 to bite a suspect?
13        MS. VINSON:  Object to form.
14        THE WITNESS:  That -- I would have
15     to know the circumstances.  And, again,
16     I'm not a K-9 handler.  I really don't
17     know that answer.
18 BY MS. LaVARCO:
19  Q     Based on your observations and experience
20 as a law enforcement officer who's worked with K-9
21 handlers, what makes a K-9 handler effective?
22        MS. VINSON:  Object to form.
23        THE WITNESS:  I've always gone off
24     being a supervisor and I didn't like bad
25     guys getting away.  I always thought an

291

1  Q     So there was no positive information from
2  dispatch, to your recollection, that the suspects
3  also had a weapon?
4  A     Nope.  Just like the other millions of
5  calls we were on.  We don't know until we get
6  there.
7  Q     And by "positive information," you mean
8  what?
9  A     It was confirmed that the homeowner had a
10 weapon by the homeowner.  We hadn't talked to --
11 Q     Was there any --
12 A     -- the suspects yet.
13 Q     I'm sorry.  What did you say?
14 A     We had not talked to the suspects yet, so
15 I did not know if they were armed or not.
16 Q     Did dispatch suggest to anyone, to your
17 recollection, that the suspects might have had a
18 weapon?
19 A     It -- to me, the way the call went out, it
20 was perceived to me that the aggression was on the
21 suspects' side.
22 Q     Meaning that the aggression -- that the
23 suspects were being aggressive?
24 A     Right.  Right.  Why else would the
25 homeowner pull a weapon on them?

Case 4:23-cv-00662　Document 118-7　Filed on 08/22/25 in TXSD　Page 8 of 9
KERRY LEE THOMAS vs　　　　　　　　　　　　　　　　　　　　　　Wayne Schultz
ERIC M. BRUSS　　　　　　　　　　　　　　　　　　　　　　　　　April 02, 2024

397

```
1                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
2                       HOUSTON DIVISION

3    KERRY LEE THOMAS,                    )
                                          )
4             Plaintiffs,                 )
                                          )
5    v.                                   )
                                          )Case No. 4:23-cv-00662
6    ERIC M. BRUSS; WAYNE SHULTZ; and     )
     KEITH MORRIS, in his capacity as     )
7    Temporary Defendant                  )
     Administrator of the Estate of       )
8    Robert Johnson,                      )
                                          )
9             Defendants.                 )

10
                     REPORTER'S CERTIFICATION
11             REMOTE VIDEOTAPED DEPOSITION OF
                        WAYNE SCHULTZ
12                      April 2, 2024
```

13　　　　　I, Rebecca A. Graziano, Certified Shorthand

14　Reporter in and for the States of Texas,

15　California, and Illinois, hereby certify to the

16　following:

17　　　　　That the witness, WAYNE SCHULTZ, was duly

18　sworn and that the transcript of the oral

19　deposition is a true record of the testimony given

20　by the witness;

21　　　　　I further certify that pursuant to FRCP Rule

22　30(f)(1) that the signature of the deponent:

23　　　　　____ was requested by the deponent or a

24　party before the completion of the deposition and

25　returned within 30 days from date of receipt of

Case 4:23-cv-00662   Document 118-7   Filed on 08/22/25 in TXSD   Page 9 of 9
KERRY LEE THOMAS vs
ERIC M. BRUSS
Wayne Schultz
April 02, 2024

398

1  the transcript.  If returned, the attached Changes
2  and Signature Page contains any changes and the
3  reasons therefor.
4       ____ was not requested by the deponent or a
5  party before the completion of the deposition.
6       I further certify that I am neither attorney
7  nor counsel for, related to, nor employed by any
8  of the parties to the action in which this
9  testimony was taken.
10           Further, I am not a relative or employee of
11 any attorney of record in this cause, nor do I
12 have a financial interest in the action.
13
14                    Certified on April 12, 2024
15
16
17  _____
18  Rebecca A. Graziano, CSR, RMR, CRR
    Texas CSR 9306
    Expiration:  07/31/24
19  California CSR 14407
    Expiration:  09/30/24
20  Illinois CSR 084.004659
    Expiration:  05/31/25
21
22
23
24
25