# Exhibit 10
# Johnson Dashcam