# Exhibit 11
# Bruss Dashcam