# Exhibit 12
# Schultz Dashcam