# Exhibit 15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KERRY LEE THOMAS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-00662 |
| | § | |
| ROBERT JOHNSON, | § | |
| ERIC M. BRUSS | § | |
| WAYNE SCHULTZ, and | § | |
| THE ESTATE OF ROBERT JOHNSON, | § | |
| | § | |
| *Defendants*. | § | |

## DECLARATION OF STUART RED

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

1. My name is Stuart Red. I am over the age of 18, have never been convicted of any felony or any misdemeanor involving moral turpitude, and am fully competent to testify to all facts contained herein. I am fully competent to make this Declaration. I have personal knowledge of all facts stated herein and state that they are all true and correct.

2. I have been employed with the Precinct 1 Constable's Office since 2022. At Precinct 1, I assist with K9 training, ALERTT training, firearms training, and patrol assignments. I am also a certified TECOLE instructor. In January of 2025, I was promoted to the rank of Lieutenant. Before I worked at Precinct 1, I was employed with the Houston Police Department. During my over 41 years with the Houston Police Department, I worked many different assignments, including Patrol, Accident Investigation, Jail, Tactical Operations, S.W.A.T., and Patrol Canine Details.

3. I have been a certified canine handler for over twenty years. I began my formal canine training in 1997. In 2000, I was promoted to Sergeant, and in 2002, I became a canine supervisor and handler. My supervisor duties included supervising selection, training, certification, and deployment of canines.

4. Based on my training and experience as a law enforcement officer in Houston, Texas, when responding to a call involving a weapons disturbance, I assume all suspects may be armed until the suspect has been searched for weapons. My training and experience have shown that a suspect can produce a weapon from any garment at any time, including clothing such as sweatpants.

5. I am familiar with the concept of "suicide by police," which occurs when a suspect behaves in a threatening manner intending to provoke an officer to use force that results in the suspect's death. Statements such as "shoot me" or "I want to die" indicate a heightened risk of "suicide by police." There is a heightened risk of danger to officers, bystanders and the individual making the statement when an individual expresses that they are ready to die.

6. Based on my training and experience, a police canine may be deployed to effect the arrest of a suspect who is lying prone on the ground if that suspect has been non-compliant with law enforcement commands and the officer believes the suspect is a threat

7. I have reviewed the video recordings in the case involving Kerry Lee Thomas. I understand that Defendants were responding to a call of a weapons disturbance. It was reported that the suspects came to someone else's residence and were told to leave but refused. Criminal trespass of a habitation is a serious offense that can place many lives in danger.

8. Until a scene involving weapons and multiple suspects is fully secured, the safety of bystanders and officers is always at risk. The actions taken by the officers in securing the

suspects and the scene were consistent with police officer training and Precinct 1 policies.

9. Based on my review of the video, and my training and experience, I believe Thomas was noncompliant and acted erratically. His behavior was especially concerning due to his statements about wanting to be shot and his lack of reaction after Eric Bruss informed him that he believed Thomas was armed and would treat him accordingly. In this context, I understand Robert Johnson's decision to release the canine to tactically resolve the situation and prevent an escalation of violence.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of AUGUST, 2025.

STUART RED