# Exhibit 18

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

## I.     PURPOSE

The purpose of this policy is to provide our office with an internal set of guidelines for the use of police service canines. The decision to use a police service canine in accordance with this policy shall be deemed an act of discretion and shall be reviewed in light of all of the information reasonably available to the deputy(s) at the time the decision was made.

## II.     POLICY

This office recognizes that canines, because of their superior sense of smell, hearing and physical capabilities are a valuable supplement to law enforcement personnel. The utilization of police service canine requires adherence to procedures that properly control their use-of-force potential, while ensuring their specialized capabilities are directed at legally acceptable crime prevention and control activities.

This policy was created to ensure ALL Harris County Precinct One Constable's Office canines, handlers and trainers, regardless of their assignment, understand this policy so that they may adhere to the procedures stated within.

## III.     MISSION STATEMENT

Harris County Precinct One Constable's Office is committed to the highest ethical standards of the law enforcement profession.  We plan to utilize our service canines to enhance the safety of officers and the quality of life for the citizens we serve.

## IV.     DEFINITIONS

A.     **Canine Boarding Facility** – An approved Canine Boarding Facility for the care of the canine when the Handler is out of town or is unable to care for the canine for any reason.

B.     **Canine Handler** - an employee of the Harris County Precinct One Constable's Office regardless of rank or assignment, who has met the requirements outlined in this policy and been assigned a canine.

C.     **Canine Trainer** – is a Canine Handler that has received training in the proper techniques for training canines and has been designated as a Canine Trainer.

D.     **Supervision** – Personnel in the chain of command of a designated Canine Handler.

BRUSS & SCHULTZ 001759

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | 30 |

E.   **Canine vehicle** – a Harris County Precinct One Constable's Office vehicle appropriately equipped to transport the canine in a safe and comfortable manner including a transport kennel, and an alarm system to alert if the dog has been left in the car.

F.   **Dual Purpose Canine** - canines trained and certified to complete all patrol responsibilities AND is also trained in one of the following fields:

1.   Explosive detection

2.   Narcotics detection

G.   **Equipment** - any equipment issued or approved for canine use (i.e. leashes, harness, track line, chain collars, muzzles, kennel chains, etc.)

H.   **Kennel** - metal enclosure with four sides (one with gate) made of a wire steel structure, to keep the canine secure and safe.

I.   **Patrol canine** - canines selected and trained for patrol duties only (Searches for live human odor, Handler protection and evidence detection).

J.   **In-service training** - regularly scheduled monthly training for canines already on duty. Intended to refresh, upgrade and identify potential problem areas.

K.   **Training** - initial training courses registered with TCOLE for beginning Handlers and /or canines.

1.   Patrol course for canines

2.   Patrol course for pre-trained canines

3.   Explosive detection course

4.   Narcotic detection training

*NOTE: Training times may be shorter or longer depending on the learning capabilities of the Handler and the Canine.*

**V.   PROCEDURES AND PROGRAMS**

BRUSS & SCHULTZ 001760

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| SUBJECT: | | POLICY #: | # of Pages |
|---|---|---|---|
| **DEPARTMENT CANINE POLICY** | | **111** | **30** |

A.   POLICE SERVICE CANINE PROGRAM

The police service canine program's mission is to provide a reliable patrol canine capability, through the employment of trained Canine Handler teams to aid in law enforcement operations. The primary task of the canine team is to search for human odor. A police service canine may be used to apprehend an individual, if the Handler reasonably believes that the individual has either committed or is about to commit any offense; and if any of the following conditions exist:

1.   There is a reasonable belief that the individual poses an immediate threat of violence or serious harm to the public, any peace officer, or himself/herself.

2.   The individual is physically resisting arrest and the use of the police service canine appears necessary to overcome such resistance.

3.   The individual(s) is believed to be actively hiding or evading in an area where entry by law enforcement or other persons would pose a threat to the safety of officers or the public.

4.   It is recognized that situations may arise which, may not fall within the provisions set forth in this policy. In any such case, a standard of reasonableness shall be used for the decision to use a police service canine in view of the totality of the circumstances.

B.   Prior to the use of a police service canine to search for or apprehend any individual, the Canine Handler at the scene shall carefully consider all pertinent information reasonably available at the time

1.   This information shall include, but is not limited to:

a.   The individual's age or an estimate thereof,

b.   The nature of the suspected offense involved, i.e. the seriousness of the offense and the threat of future violence if apprehension is not imminent.

c.   Any potential danger to any other police officers who may attempt to intervene or assist with the apprehension,

BRUSS & SCHULTZ 001761

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

    d.    Potential danger to the public, a police officer or other individual which may result from the release of a police service canine.

2.    Unless it would otherwise increase the risk of injury or escape, a verbal warning followed by a reasonable period for compliance shall precede the release of any police service canine.

    a.    The canine warning/announcement should consist of the following: "Police Canine. Come Out or we will release the Dog, and the Dog WILL bite."

    b.    This warning/announcement should be given three (3) times when the canine is first deployed and repeated throughout the search / deployment as the situation permits.

3.    A Supervisor shall be notified as soon as practicable following the utilization of a police service canine in an apprehension. In the event of an apprehension, the Handler shall document in any related report whether a verbal warning was given and, if none was given, the reasons why.

4.    Prior to going off duty, the Handler shall complete all necessary reports associated with the use of a police service canine in an apprehension.

5.    The police service Canine Handler will keep a record of all training, Handler's daily logs and deployments performed by the canine.

6.    The decision to use the canine rests solely with the Canine's Handler. The Handler is responsible for the deployment of the canine.

7.    The police service canine team may be available for use by other law enforcement agencies. Request by other agencies must be approved by a Supervisor.

C.    NARCOTIC DETECTOR CANINE PROGRAM

The Narcotic Detection Canine Program's mission is to provide a practical and credible countywide drug detection capability through the employment of trained Canine Handler teams to aid in the investigation, apprehension and prosecution of persons engaged in illegal drug activities. The primary task of the narcotic detection canine team is to locate drugs (controlled substances, narcotics).

BRUSS & SCHULTZ 001762

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

1.   The narcotic detector canine may be used to:

   a.   Search vehicles, buildings, parcels, areas or other items deemed necessary;

   b.   Aid in the obtaining of a search warrant by using the canine in support of probable cause;

   c.   Assist in the search for narcotics during the execution of a search warrant.

   d.   Assist in drug education programs.

2.   The narcotic detector canine will not be used to search a person for drugs. If a narcotic detector canine alert causes the officer to believe that a person may be in possession of drugs, the officer in charge of the investigation will determine how to proceed. Personal possessions may be searched by the canine only if removed from the person.

3.   The decision to use the canine rests solely with the Canine's Handler. The Handler is responsible for the deployment of the narcotic detector canine.

4.   The narcotic detector canine team may be available for use by other law enforcement agencies. Request by other agencies must be approved by a Supervisor and will be considered on a case by case basis.

5.   Training of the narcotic detector canine will be conducted by designated Trainer(s) using actual controlled substances as training aids. The controlled substances will be secured at a PCT1 designated facility, and all personnel will adhere to establish procedures for access, accountability, use and storage.

6.   The narcotic detector Canine Handler will keep a record of all training, Handler's daily logs, deployments and searches performed by the canine.

D.   EXPLOSIVE DETECTOR CANINE PROGRAM

The Canine Explosive Detection Program's mission is to provide a practical and credible countywide explosive detection capability through the employment of

BRUSS & SCHULTZ 001763

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

trained Canine Handler teams to aid in the investigation, apprehension and prosecution of persons engaged in illegal terroristic activities. The primary task of the explosive detection canine team is to locate explosives or explosive components.

1. The explosive detector canine may be used to:

    a. Search vehicles, buildings, parcels, areas or other items deemed necessary;

    b. Aid in the obtaining of a search warrant by using the canine in support of probable cause;

    c. Assist in the search for explosives during the execution of a search warrant;

    d. Assist in public awareness and education programs.

2. The explosive detector canine will not be used to search a person for explosives. If an explosive detector canine alert causes the officer to believe that a person may be in possession of explosives, the officer in charge of the investigation will determine how to proceed. Personal possessions may be searched by the canine only if removed from the person.

3. The decision to use the explosive detector canine rest solely with the canine's Handler. The Handler is responsible for the deployment of the canine.

4. The explosive detector canine team may be available for use by other law enforcement agencies. Request by other agencies must be approved by a Supervisor and will be considered on case by case basis.

5. Training of the explosive detector canine will be conducted by the designated Trainer(s) using actual explosives as training aids. The explosives will be secured at a Harris County Precinct One Constable's Office designated facility, and all personnel will adhere to establish procedures for access, accountability, use and storage.

6. The explosive detector Canine Handler will keep a record of all training, Handler's daily logs, deployments and searches performed by the canine.

BRUSS & SCHULTZ 001764

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
### Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

7.    At no time will an explosive detector canine be used to determine if a suspected device is safe or clear.

## VI.    ADMINISTRATION OF CANINE

A.    Canines will be assigned to different divisions dependent on need. All administrative requirements, such as offense reports, training reports, deployment reports, daily logs and requests for service shall be forwarded through a Supervisor. This documentation includes, but is not limited to:

1.    All canine training records,

2.    All Canine Handler training records,

3.    All canine trainer training records,

4.    All use-of-force reports related to the use of canines, and

5.    Other documentation necessary to ensure compliance for each specific canine discipline.

B.    Authority and Responsibility

A supervisor at the rank of Lieutenant shall assume the responsibility of supervising and administering the day-to-day operations of the Canine Deputies. The Division Lieutenant will report through his/her chain of command.

1.    The Division Lieutenant shall be responsible for the following:

a.    Supervise all canine operations.

b.    Appoint and maintain dedicated and accredited trainer(s) for the canine teams.

c.    Knowledge of the canine training and operations.

d.    Maintain policy and procedures.

e.    Maintain a canine database system.

BRUSS & SCHULTZ 001765

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

     f.     Ensure inspection(s) of all issued equipment, kennels, vehicles and their maintenance are completed on a regular basis.

     g.     Maintain available training sites and decoy personnel.

     h.     Supervise, review and inspect canine records and prepare statistical reports.

     i.     Coordinate significant incident review procedures.

     j.     Coordinate police trial and certification participation.

     k.     Coordinate all community relations, public education and demonstrations.

     l.     Keep the Division Commander informed of all events and information that affects the agency's Canines.

2.     A supervisor at the rank of Sergeant shall assume the responsibility of administering the day-to-day administrative operations of the Divisions Canine Units.

     The Administrative Sergeant will be responsible for the following:

     a.     Supervise canine operations.

     b.     Knowledge of the canine training and operations.

     c.     Maintain policy and procedures.

     d.     Supervise, review and inspect K-9 records and prepare statistical reports.

     e.     Conduct quarterly audits of the Narcotics logbook and other documentation related to controlled substances issued for training.

     f.     Conduct quarterly audits of the Explosive logbook and any other documentation related to explosives being issued for training.

     g.     Conduct roll calls.

BRUSS & SCHULTZ 001766

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

     h.     Maintain Schedules and attendance records.

     i.     Monitor canine training programs.

     j.     Ensure training records are accurate.

     k.     Check all canine related incident reports.

     l.     Maintain payroll for assigned shifts.

     m.     Conduct investigations and inquiries regarding policies, procedures and complaints.

     n.     Prepare performance evaluations.

     o.     Ensuring reports, subpoenas, and statistical reporting are completed, accurate and timely.

     p.     Maintain accurate and timely reports through the chain of command.

## VII.   QUALIFICATIONS OF CANINE HANDLERS/TRAINERS

     A.     Selection of a Process Handler

     1.     Personnel requesting assignment as a Canine Handler are required to meet the qualifications below.

     a.     Hold a "Basic Canine Handler Certificate" or be able to successfully complete the basic Handler training course.

     b.     Be in good physical condition.

     c.     Demonstrate strong character traits, such as:

     1)     Maturity,

     2)     Patience,

     3)     Initiative,

BRUSS & SCHULTZ 001767

**CONSTABLE ALAN ROSEN**

**HARRIS COUNTY CONSTABLE'S OFFICE**

**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

4) Flexibility,

5) Dependability, and

6) Emotional stability.

d.  Have excellent communication skills, both verbal and written.

e.  Currently reside in a home with a fenced yard which will provide sufficient space to kennel a canine. Home life should be compatible with the canine and if selected, the deputy must agree to site inspections of the kennel to ensure compliance with this policy.

f.  Have a strong desire to work with canines as they relate to law enforcement. Possess willingness to care for and train a canine and agree to a minimum three (3) year commitment as a Canine Handler.

g.  Be available for shift work and shall be available for 24-hour callout under conditions specified by the Division Commander. Understand and acknowledge that there are certain duties that are expected with the acceptance of the assignment of a canine partner. Adequately addressing these duties within the normal work week is an essential task of each canine Handler.

h.  Meet any specific duty requirements for the Division in which the Handler is or will be assigned.

2.  The Constable has exclusive authority to make an exception to this selection process.

B.  Selection of Canine Trainers

1.  Requirements to apply for the Canine Trainer position

a.  Must have been continuously assigned as a Harris County Precinct One Constable's Office Canine Handler for a minimum of three (3) years.

b.  Must have excellent communication skills, both verbal and written.

BRUSS & SCHULTZ 001768

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

    c.     Must be willing to accept assignment to any shift, and/or any days off.

    d.     Must be willing to make an additional five (5) year commitment to the Canine Training Program.

    e.     Must have an above average work record, in the last evaluation reporting period.

    f.     Must have or be able to successfully complete a canine trainer course.

    g.     Must formally request a transfer to a Canine Trainer position.

    h.     Must provide a written letter stating the reason for requesting an assignment as Canine Trainer and the letter must include an acknowledgment of the five (5) year commitment to the Canine Training Program.

    i.     Must have or be able to obtain a TCOLE Instructors Certificate.

  2.    The Constable has exclusive authority to make an exception to this selection process.

C.    Incentive Qualifications

Notwithstanding any other training requirements mandated herein, these requirements must be met to receive canine incentive compensation:

  1.    Have a certification in any of the following areas with recertification conducted annually by completing forty (40) hours of training per year in the respective area of expertise.

    a.     Narcotics Detection Certification from either National Narcotic Detector Dog Association or the American Working Dog Association or other certified agency.

    b.     Explosive Detection Certification from the American Working Dog Association or other identifiable certified agency.

    c.     Patrol Dog Certification from an identifiable certified agency.

BRUSS & SCHULTZ 001769

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| Subject: | Policy #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

    2.    Must maintain the team proficiency through continuous training. This training consists of continuous in-service training in their individual area of expertise, such as narcotics detection, explosive detection and basic patrol duty. Sixteen (16) hours a month on an annual average.

    3.    Satisfactory personnel evaluations for the past three (2) years.

    4.    Satisfactory care of the canine evaluated on an annual basis.

D.    Voluntary Separation of Canine Handler or Canine Trainer

Any Canine Handler or Canine Trainer may request to resign from his/her position by providing a written request stating: just cause through their chain of command.

## VIII.   CARE OF THE CANINE

A.    Responsibilities of the Canine Handler

The Canine Handler will be assigned a specific canine and shall ultimately be responsible for the health and welfare of the canine. The Canine Handler shall ensure that the canine receives proper nutrition, grooming, training, medical care, affection and sanitary living conditions. The Canine Handler will be responsible for the following:

    1.    Harris County Precinct One Constable's Office shall provide food, equipment, home kennels, boarding and veterinary care for the canine. The Canine Handler shall be responsible for the grooming, feeding, and medical care of the canine assigned to him/her.

    a.    Any item(s) purchased with Harris County funds, will be the exclusive property of Harris County (example: kennel, leashes, bowls, etc.).

    b.    All requests for item(s) purchased must be supervisor approved through the chain of command, up to the Division Chief, prior to any procurement.

    c.    Item(s) procured by the County; must be documented in the handlers file and returned when the handler retires or no longer assigned to a handler position.

BRUSS & SCHULTZ 001770

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

    d.    Receipts for all purchases must be turned into Operations Support within seventy-two (72) hours after purchase.

        \*\*Note:  Some items may not be considered necessary.

2.    Unless required by a particular application, the Handler shall not expose the canine to any foreseeable or unreasonable risk of harm.

3.    Any changes in the living status of the Handler which may affect the lodging or environment of the canine shall be reported thru the Chain of Command immediately.

4.    When off-duty, canines shall be maintained in kennels or at the homes of their Handlers. When a canine is kenneled at the Handler's home, the gate to the kennel shall be secured. When off-duty, canines may be let out of their kennels while under the direct control of their Handlers and pursuant to the discretion of their Handlers and the situation is safe for both the canine and other persons.

5.    Under no circumstances shall the canine be lodged at another location, other than the home of the assigned Handler, unless approved by a Division Captain.

6.    A Division Captain shall be notified prior to anyone other than the assigned Handler assuming care, custody or control of the canine.

7.    When off-duty, Handlers shall not involve their canines in any activity or conduct unless approved in advance by a Division Captain.

8.    The Canine Handler shall provide a desirable home environment for the canine. On a daily basis the Handler shall spend time with the canine, walking, grooming, feeding, and providing medication if needed. Handlers will be compensated for the daily time spent with the canine as set forth in this policy.

9.    The living quarters for the canine shall be kept clean and sanitary and be available for inspection at any time by a Division Captain.

BRUSS & SCHULTZ 001771

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| DEPARTMENT CANINE POLICY | 111 | 30 |

10. The living quarters for the canine shall be kept secure to the degree that it will ensure that the canine remains confined when the Canine Handler is not present and to prevent unauthorized persons from entering the confined area.

11. The canine shall receive annual vaccines for distemper, hepatitis, leptosphirosis, parainfluenza and rabies, and any other vaccine that becomes medically necessary. The canine shall be checked for internal parasites semi-annually by a veterinarian.

12. The Canine Handler shall document all necessary veterinarian visits and procedures performed on their police service canine, records and receipts shall suffice as documentation.

13. All canines shall be licensed in accordance with state and local laws. The Harris County Animal Control Department will issue a lifetime license.

14. Euthanasia for a serious canine injury or illness is subject to the approval of the Chief Deputy or Division Chief in his absence and shall require a written report from the designated veterinarian indicating that the prognosis of the canine is such that euthanasia represents the only humane alternative available.

B. Temporary Boarding of Canine

When the Canine Handler anticipates taking time off (vacation, compensatory, holiday) AND will be away from their residence, or when the Handler is away from their residence for a reasonable amount of time and cannot maintain normal maintenance care for the canine, or for any reason the Handler is unable to care for the canine, the Handler shall do the following:

1. Board the canine in an approved Canine Boarding Facility.

2. Inform the Boarding Facility of any special requirements, medications or other pertinent information to properly care for the canine.

3. Notify a Division Captain in writing of the request to Board the canine.

4. All documentation of the Boarding shall be kept in the Handler's Canine file.

BRUSS & SCHULTZ 001772

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
### Precinct One

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

C.    Payment for Care of Canine

Canine Handlers who are responsible for the care, feeding, walking, bathing and administering medications for the canine shall be allowed 45 minutes per work day to care for the dog, with total compensation for a 40 hour week.

**IX.    USE OF CANINE**

A.    Use of Harris County Precinct One Constable's Office canines is limited to the specific training each canine has received and may include:

1.    Routine patrol duties.

2.    Location and apprehension of suspects.

3.    Suspects fleeing on foot.

4.    Prowlers.

5.    Perimeter search of buildings in response to an alarm.

6.    Evidence, explosive and controlled substance detection.

7.    Crowd control at the discretion of the Division Commander or his designee.

8.    Missing person and child searches.

9.    Protection of law enforcement personnel.

10.    Assisting other Divisions or other law enforcement agencies.

11.    Public presentations and award ceremonies.

B.    Conditions Regarding the Use of the Canine

1.    All canines shall be under the full control of the Handler (Deputy) at all times and should not be permitted to make contact with another person except when such force is justified.

BRUSS & SCHULTZ 001773

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

2. Prior to the use of a canine to search for or apprehend any individual, the Canine Handler and/or the supervisor on scene shall carefully consider all pertinent information reasonably available at the time. The information should include, but not limited to the following:

    a. The individual's age or an estimate thereof.

    b. The nature of the suspected offense.

    c. Any potential danger to the public and/or other deputies at the scene if the canine is released.

    d. The degree of resistance or threatened resistance, if any, the suspect has shown.

    e. The potential for escape or flight if the canine is not utilized.

    f. The potential for injury to deputies or the public caused by the suspect if the police dog is not utilized.

3. A Canine Handler shall have the ultimate authority not to deploy the dog. The Handler will evaluate each situation and determine if the use of a canine is reasonable. Generally, the decision to deploy the dog shall remain with the Handler; however, a supervisor sufficiently apprised of the situation may decide not to deploy the dog. If the on-duty supervisor has a question or concern with the decision of the Handler, he/she should contact a Division Commander.

4. Persons shall not be transported in a canine equipped vehicle while the canine is on board, unless the vehicle is equipped in such a manner as to segregate the canine the person.

5. All Canine Handlers shall be required to complete a "Deployment Report" in each instance where the canine was utilized.

6. All Canine Handlers shall complete a detailed offense report or supplemental report along with the "Deployment Report" and "Canine Contact Reports" in all instances involving the use of force by the canine.

BRUSS & SCHULTZ 001774

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

7.      All canines shall be secured for their own safety and the safety of others when not accompanied by a Handler.

8.      All Canine Handlers are prohibited from demonstrating the abilities of any canine to citizens unless prior approval from a Division Captain has been obtained.

9.      All Canine Handlers shall avoid inflammatory situations such as First Amendment protected activities, lawful assemblies, picket lines, student gatherings or riots, unless under the direct supervision of a Division Supervisor.

10.     All Canine Handlers shall be completely aware of the training and ability of their assigned canine in order to use the canine to its greatest potential. The deputy shall also avoid using the canine beyond its capabilities as it may cause injury to the canine or others.

11.     In cases of call outs, a Division Supervisor shall be notified.

12.     The Handler shall not transport or utilize the canine for extra employment or at an extra employment job for any reason.

13.     No canine will be taken outside of Harris County without the written authorization from a Division Captain who will ensure that arrangements and /or accommodations have been made to keep the canine safe and separated from the public.

14.     No person shall tease or antagonize any canine or be permitted to touch the canine without the consent of the Canine Handler. *Exception: This does not apply to authorized training.*

C.      Guidelines for Non-Apprehension Use of Canines

Because canines have senses far superior then those of humans, they may be effectively utilized to track or search for non-criminals (e.g., lost children, individuals who may be disoriented or in need of medical attention) or even suspects wanted for minor criminal offenses. In such circumstances, it will be necessary for the Handler to evaluate the conditions and ability of the canine to determine the feasibility and reasonableness of such an application.

BRUSS & SCHULTZ 001775

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

1.  Absent a change in circumstances which presents an immediate threat to deputies, the canine or the public, such applications should be conducted on leash or under conditions that the canine will not bite or otherwise injure the individual, if located.

2.  Throughout the deployment of the canine in such circumstances, the Handler should give periodic verbal assurances that the canine will not bite or hurt the person.

3.  Unless otherwise directed by a supervisor, assisting personnel should take direction from the Canine Handler in order to minimize interference with the canine.

D.  Requests for Assistance / Mutual Aid

1.  A request for the Canine Division's assistance, by an outside agency shall be directed to a Division Supervisor.

2.  If the use of the Canine Division is determined to be appropriate, a Division Supervisor may approve the outside agency's request. Every reasonable effort will be made to accommodate the requesting agency.

3.  No canine will be taken outside of Harris County without the authorization from a Division Captain.

4.  The canine team assigned to the request for assistance will, upon completion of the assignment, generate a "Deployment Report" detailing his/her functions related to the requesting agency's incident. A copy of this report will be forwarded to the Division Commander.

E.  Canines in Public Areas

1.  All canines shall be kept on a leash when in areas that the public has access. Exceptions would include specific police operations for which the canines are trained and under the control of their Handlers.

2.  Canines shall not be left unattended in any area to which the public may have access.

BRUSS & SCHULTZ 001776

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

    3.    When the vehicle carrying the canine is left unattended all windows and doors shall be secured in such a manner as to prevent unauthorized access to the canine. The Handler shall also insure that the unattended unit remains habitable for the canine.

F.    Request for Public Demonstrations

    1.    All public requests for a canine team shall be approved by the Division Commander prior to making any commitments.

    2.    Handlers shall not demonstrate the abilities of their canine to the public unless authorized to do so by the Division Captain.

G.    Handler Contingency Procedure

    1.    In the event a Canine Handler becomes incapacitated, injured or otherwise is unable to control their canine and it becomes necessary to remove the canine from the scene, deputies at the scene shall notify dispatch and patrol supervisor immediately. A Patrol Supervisor shall notify a Division Supervisor as soon as possible.

    2.    It will be the Division Supervisor's responsibility to respond to the scene or assign an appropriate and trained employee to the scene to determine the method of removing the canine.

    3.    If a Division Supervisor is unavailable, another Handler or Harris County Animal Control will be contacted to remove the canine. A patrol supervisor shall assume responsibility for removing the canine if no other Handler can be contacted.

    4.    The canine shall be cared for at a location designated by the Division Lieutenant while the Handler is recuperating.

H.    Injury or Death of the Police Canine

    1.    The Handler shall determine if immediate medical attention is necessary should the canine sustain injury while on duty.

    2.    The Handler shall seek appropriate medical attention and notify a Division Supervisor should the canine sustain injury while on or off duty within a

BRUSS & SCHULTZ 001777

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
### Precinct One

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

reasonable time. A copy of the medical records for the treatment of the canine shall be placed in the canine's medical file and a copy provided to the county veterinarian for their records.

3. The Handler shall generate an offense report titled "Damage to County Property-Injured Canine" should the canine sustain injury at any time and submit the report to the Division Commander within 24-hours of the incident.

4. In the event the police service canine is killed or becomes deceased the following procedures will be followed:

   a. The County Veterinarian and the Division Commander shall be contacted to determine whether an autopsy is necessary and if so, where the canine should be transported.

   b. If no autopsy is necessary, the Handler shall make arrangements with the veterinarian for proper disposal.

5. In the event that a police service canine(s) is injured or killed from the actions of a suspect(s), the Handler will contact the Harris County District Attorney's Office for appropriate charges and restitution proceedings.

I. Ride-Along Program

Handlers are not authorized to take a civilian ride-along with them when the canine is present, unless authorized by an Assistant Chief or higher. A law-enforcement ride-along may be permitted per policy.

J. Injury to Others

In the event an injury is sustained to a suspect, Handler or any other person, as a result of the police service canine's actions, the Handler shall:

1. Notify a Division Supervisor and/or an on-duty Patrol Supervisor.

2. Ensure that the injured person receives immediate and appropriate medical attention.

3. The injured party should be transported to an appropriate medical facility if the injury requires medical attention beyond first aid. If the injured party is in

BRUSS & SCHULTZ 001778

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

custody a deputy should remain with the suspect until treatment has been rendered.

4.  Photographs of the injury shall be taken following treatment by medical personnel and cleaning of the wounded area, so that the photographs accurately reflect the extent of the injury. Photographs shall be retained as evidence in accordance with current departmental evidence procedures.

5.  If a subject alleges an injury that is not visible, a Division Supervisor or Patrol Supervisor shall be notified, and the location of the alleged injury should be photographed as described above.

6.  In the event that a police service canine(s) makes an apprehension and the suspect(s) are placed into custody, the Handler will verify that appropriate charges are filed.

    a.  Contact Harris County Animal Control Department and obtain a bite report number which will be added to the report.

    b.  Generate an offense report.

    c.  Generate a canine deployment report.

    d.  Generate a canine contact report.

    e.  Generate a use of force report, when appropriate.

    f.  Ensure that the canine is examined by the County Veterinarian or the Harris County Animal Control Department, within 10 days of the incident.

**X.    TRAINING AND EQUIPMENT**

A.  The Harris County Precinct One Constable's Office canine supervisor shall designate appropriate training, which shall, at a minimum, consist of an annual evaluation of each canine team, yearly recertification in the canine's area of proficiency, and (16) sixteen hours of in-service training monthly. In addition, each Canine Trainer is required to recertify as a Canine Trainer every other year.

BRUSS & SCHULTZ 001779

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

B.   Each Canine Handler, regardless of assignment, shall receive notification of scheduled training days required to maintain competency and certification. Any Canine Handler or Trainer who fails to meet the training requirements of their specialization shall be removed from active duty until such time as the training requirements have been met. Any Supervisor (individually or upon the recommendation of a Canine Trainer) has the authority to remove a canine from active duty. In any instance where a canine is removed from active duty, the incident shall be documented in writing and forwarded through the chain of command to the Division Commander.

C.   The Canine Handler shall provide copies of all certification and training records to the Training coordinator they are assigned to for training. The coordinator will provide the Supervisor with all appropriate training records. The Supervisor is responsible for ensuring all appropriate training records are maintained in a permanent file.

D.   The Division Lieutenant must approve any equipment used in conjunction with Canine operations.

E.   Each month, the Canine Supervisor shall:

   1.   Review all training records, ensuring each canine, Handler, and Trainer is current on their training and recertification requirements.

   2.   Review each deployment and use of force to ensure compliance with policy.

F.   It shall be the responsibility of the Handler to ensure that all issued equipment assigned to him/her is kept clean, in serviceable condition and in his/her possession. Equipment may include but not limited to:

   1.   Six (6) foot leash,

   2.   Tracking leash,

   3.   Tracking harness,

   4.   Training collar,

   5.   Chain collar,

BRUSS & SCHULTZ 001780

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

    6.      Muzzle.

    7.      Protective Equipment.

G.    District Patrol In-service training:

The Division Supervisor shall coordinate annual in-service roll call training. The roll call should include a brief description of the type of canine disciplines the Office utilizes (bomb, narcotics, search, etc.) a brief description of the type of scenes that are suitable for each discipline and how patrol can partner with the Division to ensure a safe and appropriate canine deployment.

H.    Vehicles

    1.      At the discretion of the Division Commander (or his/her designee) each Canine Handler shall be assigned a patrol vehicle with interior modifications specially designed for the use and deployment of police service canines while on official duty.

    2.      Each Canine Handler shall be trained in the proper use of the canine patrol vehicle and its alarm system.

    3.      The canine patrol vehicle should be clearly identified by having the Harris County Precinct One Constable's Office logo, emergency equipment and the word "K-9" shall be clearly marked upon both sides and the rear of the vehicle.

    4.      It shall be the responsibility of the Canine Handler to ensure the vehicle assigned to him/her is kept clean and maintained.

    5.      Any alterations to the assigned vehicle must be approved in accordance with policy.

XI.    **USE OF NARCOTICS FOR CANINE TRAINING**

A.    Procedure:

    1.      The Harris County Precinct One Constable's Office Training Division Supervisor shall request narcotics for training from the property room. The narcotics to be utilized will be marijuana, cocaine, crack cocaine, heroin,

BRUSS & SCHULTZ 001781

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

methamphetamine and any item or narcotic made or manufactured in the same manner. The property room supervisor shall ensure past cases have been disposed of and submit a request for destruction. After a Harris County District Court has granted the destruction/use of the narcotics, the property room supervisor can issue said narcotics to the Training Coordinator to be used as training aids. Written approval must be obtained from all commanders whose Divisions are involved.

2.      A Canine Trainer or Canine Training Sergeant authorized shall obtain the required Controlled Substances Registration Certificates from the Drug Enforcement Administration and fulfill all legal requirements before being allowed to train narcotics detector canines utilizing issued controlled substances.

3.      Canine Trainers authorized shall individually possess no quantity larger than the following amounts of controlled substances for training purposes:

        a.      Cocaine/Powder 1000 Grams

        b.      Cocaine/Crack 100 Grams

        c.      Heroin 100 Grams

        d.      Methamphetamine 100 Grams

        e.      Marijuana 25 Pounds

4.      The controlled substance shall be secured in a locked steel safe located at an approved Harris County Precinct One Constable's Office facility. Only authorized Harris County Precinct One Constable's Office Canine Trainers and authorized Training Division Supervisors shall have the combination to this safe.

5.      A logbook shall be utilized to record the removal and replacement of ALL controlled substances for training purposes. Only authorized Canine Trainers and Training Division Supervisor(s) are allowed to remove or replace any controlled substances issued for canine training. Any controlled substance removed from the safe shall be weighed at the time of removal by the Canine Trainer and Training Supervisor and the weight will be recorded into the log book.  After being used in the training, the controlled substance will again be

MAIN OFFICE:  County Courthouse Annex # 2                    PATROL OFFICE: County Courthouse Annex #31
1302 Preston, 3rd Floor, Houston, TX 77002 Ph. (713) 755-5200        7300 N. Shepherd, Suite 120, Houston, TX 77091 Ph. (713) 697-3600

P a g e | 24

BRUSS & SCHULTZ 001782

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
### Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

weighed and verified by both the Canine Trainer and the Canine Training Supervisor. The weight will then be recorded in the log book prior to the controlled substance being placed back into the safe. Both the Canine Trainer and Training Supervisor will initial the transaction in the log book. If there is a discrepancy in weight, it will be noted in the logbook and any further action will be determined by the Training Division Supervisor through the chain of command.

6. Copies of all records, reports, documents, lab analysis, etc. pertaining to the issuance of controlled substances to be utilized for training shall be maintained by the Training Supervisor.

7. Copies of all records, reports, documents, lab analysis, etc. pertaining to the issuance of controlled substances to be utilized for training shall be reviewed by the Canine Training Supervisor.

8. The logbook and other documentation related to controlled substances issued for training shall be audited by the Patrol Canine Supervisor or the Downtown Courthouse Complex on a quarterly basis. All controlled substance training samples will be inspected and weighed for this audit. The Canine Supervisor shall document the quarterly inspection by both noting the inspection in the logbook and by completing the quarterly narcotics audit form. Any discrepancies and/or errors recorded in the logbook must be immediately investigated by the Canine Training Supervisor and notification made through the chain of command, to the Canine Training Division Commander.

9. Canine training shall be conducted at various sites on a continual basis in order to maintain the canines' effective abilities.

10. In the event that the controlled substance packaging is damaged during training exercises, the Canine Handler and/or Trainer shall immediately submit the controlled substance to the Harris County Medical Examiner's Office for complete analysis, an incident report shall be generated regarding the complete details of the particular incident and actions taken; and the Trainer shall notify both the Training Supervisor and the Division Lieutenant of the incident. Once the Harris County Medical Examiner's Office analysis and weight has been recorded, the damaged controlled substance shall either be repackaged or destroyed per policy.

BRUSS & SCHULTZ 001783

**CONSTABLE ALAN ROSEN**
**HARRIS COUNTY CONSTABLE'S OFFICE**
**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

### XII.   USE OF EXPLOSIVES FOR CANINE TRAINING

A.   Procedure:

1.   The Harris County Precinct One Constable's Office Training Supervisor shall request explosives for training to be purchased from a credible vendor. The explosives to be utilized for training will included but not be limited to the following list:

a.   Black Powder

b.   Smokeless Powder

c.   Dynamite

d.   PETN Detcord

e.   RDX

f.   TNT

g.   C4

h.   Semtex

i.   Cast Booster

j.   Watergel

k.   Dyno AP

l.   Unigel Dynamite

m.   ANFO

n.   Ammonium Nitrate

o.   Kinepak

p.   Nitro Methane

BRUSS & SCHULTZ 001784

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
## Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

q.    Ammonium Perchlorate

r.    Potassium Perchlorate

s.    HMX

2.    The explosives shall be inspected on an annual basis. This annual inspection should be held during the first quarter of each year.

3.    The explosive training aids will be stored at the A.T.F. approved bomb bunker, maintained by the Harris County Precinct One Constable's Office, located at 1302 Preston, 4th floor facility.

4.    A logbook shall be utilized to record the removal and replacement of all explosive training aids.

5.    Copies of all records, reports, documents, etc. pertaining to the issuance of explosives to be utilized for training shall be maintained by the Division Supervisor.

6.    Any lost or damaged explosives training aids shall be promptly reported to a Division Commander in writing who will determine if any further action will be necessary. Any loss of explosives will be reported to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

7.    The logbook and any other documentation related to explosives being issued for training shall be audited by the Supervisor on a monthly basis. The Supervisor shall document the monthly inspection by both noting the inspection in the logbook and by completing the monthly inspection form. Any discrepancies and/or errors recorded in the logbook must be immediately investigated and notification made through the chain of command to the Division Commander.

8.    In the event that the explosives packaging is damaged during training exercises, the Canine Handler or Trainer shall immediately generate an incident report regarding the complete details of the particular incident and the actions taken and notify the Division Lieutenant of the incident.

BRUSS & SCHULTZ 001785

**CONSTABLE ALAN ROSEN**

**HARRIS COUNTY CONSTABLE'S OFFICE**

**Precinct One**

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

9.  Once removed from the bomb bunker all explosive training aids shall be stored in an approved explosive day box when not in use for training.

### XIII.  CANINE GLOBAL POSITIONING SYSTEM (GPS) POLICY

A.  Definitions

1.  GPS: Global Positioning System: a global system of U.S. navigational satellites developed to provide precise positional and velocity data and global time synchronization for air, sea, and land travel.

2.  GPS Transmitter:  This unit is a device, normally carried by a moving vehicle or person/canine, that uses the Global Positioning System to determine and track its precise location, and hence that of its carrier, at intervals. The recorded location data can be stored within the tracking unit, or it may be transmitted to a central location database, or Internet-connected computer, using a cellular (GPRS or SMS), radio, or satellite modem embedded in the unit.

B.  The department issued GPS transmitter should be activated and attached securely to the canine at all times while on duty, to include training times. Especially when tracking or used in an outdoor capacity, where the chances of the canine being able to escape or get lost is at its greatest. The GPS transmitter should be set to ping no more than one (1) minute during this time.

C.  If the canine is in an environment at the handler's residence to where escape is possible then the GPS Transmitter should be utilized.  The GPS transmitter should be set to ping no more than fifteen (15) minutes while being used off duty and at the residence of the handler.

D.  The handler shall keep the battery for the GPS transmitter fully charged at all times.

E.  The handler shall be responsible for keeping the GPS clean and in good working order. The handler shall immediately notify their canine supervisor of any issues, or damage to the GPS unit.

F.  Each Canine Supervisor will have access to the GPS transmitter monitoring program to track and monitor ALL departmental canines.

BRUSS & SCHULTZ 001786

# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
### Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

G.  Each handler will have access to the GPS transmitter monitoring program to track, monitor, and set the ping times to THEIR ASSIGNED CANINE only.

H.  Any operational issues with the program and/or non-working equipment should be immediately reported to the Operations Support Division.

I.  The GPS transmitter is part of the everyday equipment the handler is responsible for and must be logged by computer whether working or non-working at the beginning of each shift.  If it is found the GPS transmitter is not functioning properly, the handler will notify the canine Supervisor.

J.  The GPS transmitter will be used in accordance with state and federal laws.  The GPS transmitter will not be used to monitor vehicles, persons or used in any manner other than to monitor the location of the assigned canine.

## XIV.  CANINE RETIREMENT

After a canine has surpassed its usefulness to the Harris County Precinct One Constable's Office due to age or other extenuating circumstances, or upon the promotion, transfer or reassignment of the Canine Handler to a position inconsistent with canine work and the Constable's Office decides not to retain the canine for another Canine Handler; the canine will be retired from active service, upon final approval by the Division Commander.

A.  Upon retirement, subject to the written agreement by the Division Commander and authorization from Harris County Commissioners Court, the canine shall become the property of the previously assigned Handler. The Handler shall assume all responsibility, liability and cost to maintain the canine, and agree to do so in writing.

1.  The Police Service Canine shall be re-licensed under the new owner's name, as a condition of his/her transfer.

2.  Receipt of the canine.

3.  All pedigree papers and titles will be transferred to the new owner receiving the canine once all requirements set forth herein have been satisfied.

4.  The new owner will be required to sign a Release of Legal Liability, releasing and indemnifying Harris County and the Harris County Precinct One Constable's Office and its personnel from all liability or responsibility that may accrue in the future.

BRUSS & SCHULTZ 001787



# CONSTABLE ALAN ROSEN
## HARRIS COUNTY CONSTABLE'S OFFICE
### Precinct One

www.pct1constable.net

| SUBJECT: | POLICY #: | # of Pages |
|---|---|---|
| **DEPARTMENT CANINE POLICY** | **111** | **30** |

**Revision:**

This policy has been revised on the below listed dates:

August 2014
September 2016
February 2017
October 2018
June 2019

BRUSS & SCHULTZ 001788