**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KERRY LEE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-0662 |
| | § | |
| ROBERT JOHNSON, *et al.*, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

  Eric M. Bruss and Wayne Schultz have moved to strike the plaintiff's motion to exclude Terry Anderson's expert report and testimony, filed on September 19, 2025. (Docket Entry No. 131; *see* Docket Entry No. 126). They argue that the court's scheduling order required the plaintiff to file this motion to exclude before the deadline for "pretrial dispositive motions" on August 22, 2025, (Docket Entry No. 113 at 1). (*See* Docket Entry No. 133 at 1–2). Motions to exclude are not "pretrial dispositive motions." Such motions do not request that the court rule on a party's claims or defenses, *see, e.g.* FED. R. CIV. P. 12(b); *id.* 56(a), but instead ask the court to refuse to consider or to admit into evidence particular testimony or exhibits; in this instance, expert testimony. The scheduling order's deadline for "motions in limine"—October 20, 2025—governs the plaintiff's motion to exclude. (Docket Entry No. 113 at 1). The plaintiff's motion to exclude is timely. The motion to strike, (Docket Entry No. 131), is denied.[1]

  SIGNED on October 7, 2025, at Houston, Texas.

                _____
                Lee H. Rosenthal
                Senior United States District Judge

---

[1] The defendants must respond to the plaintiff's motion to exclude by October 17, 2025, and the plaintiff must reply by October 24, 2025. The court will enter separately an amended scheduling and docket control order that affords the parties the opportunity to brief fully the motion to exclude and for the court to consider the motion, as well as other motions pending on the case's docket.