# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS,<br><br>    Plaintiff<br><br>v.<br><br>ERIC M. BRUSS,<br>WAYNE SCHULTZ,<br>and KEITH MORRIS, in his capacity as Temporary Defendant Administrator of the Estate of Robert Johnson,<br><br>    Defendants. | Case No. 4:23-cv-00662 |

## MOTION TO WITHDRAW ATTORNEY SHIRLEY LAVARCO AS COUNSEL FOR PLAINTIFF KERRY LEE THOMAS

Under Local Rule 83.2, the undersigned requests to withdraw as counsel for Plaintiff Kerry Lee Thomas in this matter. I am leaving the law firm of Peoples' Counsel and am unable to continue representing Plaintiff. Mr. Thomas will continue to be represented by Brittany Francis at Peoples' Counsel, as well as by Alessandro Clark-Ansani at Civil Rights Corps. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

Dated:        November 2, 2025

Respectfully submitted,

/s/ Shirley LaVarco
Shirley LaVarco (S.D. Tex. Bar No. 3837906)
shirley@peoplescounsel.org
Brittany Francis*
brittany@peoplescounsel.org
Peoples' Counsel
1900 W. Gray Street
P.O. Box 130442
Houston, TX 77219
Telephone: (713) 487-9809
* Attorney-in-Charge. Admitted to practice in Texas (Bar No. 24141616), New York (Bar No. 5337555), and the District of Columbia (Bar No. 90008960).

Alessandro Clark-Ansani (*pro hac vice*)
alessandro@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Telephone: (202) 844-4975
alessandro@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Telephone: (202) 844-4975

*Counsel for Plaintiff*

## Certificate of Service

I certify that on November 2, 2025, a true and correct copy of this document was properly served on counsel of record via electronic filing in accordance with the United States District Court for the Southern District of Texas Procedures for Electronic Filing.

/s/ Shirley LaVarco

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS,<br><br>    Plaintiff<br><br>v.<br><br>ERIC M. BRUSS,<br>WAYNE SHULTZ,<br>and KEITH MORRIS, in his capacity as Temporary Defendant Administrator of the Estate of Robert Johnson,<br><br>    Defendants. | Case No. 4:23-cv-00662 |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY SHIRLEY LAVARCO AS COUNSEL FOR PLAINTIFF KERRY LEE THOMAS

Under Local Rule 83.2, undersigned counsel requests to withdraw as counsel for Plaintiff in this matter because she has left the law firm of Peoples' Counsel and is unable to continue representing Plaintiff. Mr. Thomas will continue to be represented by Brittany Francis at Peoples' Counsel, as well as by Alessandro Clark-Ansani at Civil Rights Corps. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

It is therefore ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel for Plaintiff is hereby GRANTED.

_____

Hon. Judge Lee H. Rosenthal
United States District Court Judge