IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KERRY LEE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-0662 |
| | § | |
| ERIC M. BRUSS, *et al.*, | § | |
| | § | |
| Defendant. | § | |

## TWELFTH AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The parties' joint motion to continue the remaining deadlines, (Docket Entry No. 141), is granted. The disposition of this case will be controlled by the following amended schedule:

1. February 20, 2026 **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**

   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

2. February 27, 2026 **DOCKET CALL**

   Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on December 1, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge