UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS,<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT JOHNSON,<br>ERIC M. BRUSS,<br>WAYNE SCHULTZ,<br>and THE ESTATE OF ROBERT JOHNSON,<br><br>         Defendants. | Case No. 4:23-cv-00662 |

**MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST KEITH MORRIS**

## INTRODUCTION

This court denied, without prejudice, Plaintiff's motion for default judgment against Keith Morris because Plaintiff failed to provide proof of service, by certified mail, of Keith Morris. Plaintiff served Mr. Morris by certified mail on September 29, 2025, but due to an oversight, failed to file proof of service. Mr. Thomas provides proof of service as an attachment to this motion. Because this Court now has evidence confirming that Mr. Morris was indeed served, Plaintiff respectfully requests this Court reconsider its ruling on his motion for default judgment, and grant default judgment against Keith Morris.

## PROCEDURAL BACKGROUND

Mr. Thomas filed his motion for partial summary judgment against all Defendants and default judgment against Keith Morris, in his capacity as temporary dependent administrator for the estate of Robert Johnson on August 15, 2025. *See* Doc. 115. Plaintiff's Counsel emailed a copy of the motion to Keith Morris shortly thereafter and requested an address where the motion could be mailed. Mr. Morris's paralegal confirmed receipt that same day but failed to provide an address. After several attempts to procure an address for Mr. Morris, Plaintiff's Counsel eventually received an email from Mr. Morris on September 24, 2025 providing his mailing address. Plaintiff's Counsel served the motion via certified mail that same day. *See* Exhibit A, Cover Letter of Motion for Summary and Default Judgment; *see also* Exhibit B, Certified Mail Receipt. Mr. Morris received the letter on September 29, 2025. *See* Exhibit C, Proof of Receipt.

On December 2, 2025, this court denied without prejudice Mr. Thomas's motion for default judgment. *See* Doc. 143 at 29. This Court wrote: "Neither Thomas's motion for default judgment nor his declaration in support of his motion for default judgment includes proof that he

served Morris by certified mail with his motion. His motion for default judgment is premature and denied without prejudice." *Id*.

**ARGUMENT**

Federal Rule of Civil Procedure 55 and Local Rule 5.5 require that a motion for default judgment be served via certified mail (return receipt requested) seven days before any hearing on default judgment. Because Mr. Thomas has now provided proof that Mr. Morris was served with the motion for default judgment on September 29, 2025, this Court now has personal jurisdiction to rule on the motion. Mr. Thomas accordingly renews his motion for default judgment against Keith Morris. *See* Doc. 115.

WHEREFORE, for the foregoing reasons, Plaintiff Kerry Lee Thomas respectfully requests that this Court reconsider its ruling on his motion for default judgment in view of the proof of service Plaintiff has since provided, and grant the motion.

Respectfully submitted this 5th day of December, 2025,

/s/ Alessandro Clark-Ansani

Alessandro Clark-Ansani(*pro hac vice*)†
alessandro@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Telephone: (202) 844-4975
alessandro@civilrightscorps.org

Brittany Francis\*
brittany@peoplescounsel.org
Peoples' Counsel
1900 W. Gray Street
P.O. Box 130442
Houston, TX 77219
Telephone: (713) 487-9809
\* Attorney-in-Charge. Admitted to practice in Texas (Bar No. 24141616), New York (Bar No. 5337555), and the District of Columbia (Bar No. 90008960).


*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2025, a true and correct copy of this document was properly served on counsel of record via electronic filing in accordance with the United States District Court for the Southern District of Texas Procedures for Electronic Filing.

*/s/ Alessandro Clark-Ansani*
Alessandro Clark-Ansani

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY LEE THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT JOHNSON,<br>ERIC M. BRUSS,<br>WAYNE SCHULTZ,<br>and THE ESTATE OF ROBERT JOHNSON,<br><br>    Defendants. | Case No. 4:23-cv-00662 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**

---

For the reasons set forth in Plaintiff's original motion for default judgment (Doc. 115) and Plaintiff's motion for reconsideration (Doc. 144), the Court GRANTS Plaintiff's motion for default judgment against Keith Morris.

Ordered this _____ day of _____, 2025,

                 _____
                 Hon. Lee H. Rosenthal
                 United States District Judge